# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AARON M. OGLETREE | : | |
| *Plaintiff* | : | Case No. 1:21-cv-00500 |
| v. | : | |
| | : | Judge J. Phillip Calabrese |
| CLEVELAND STATE UNIVERSITY, *et al.* | : | |
| *Defendants* | : | |

## DEFENDANTS' NOTICE OF FILING DEPOSITION
## OF HILDA IRIS ZANA

Defendants, by and through counsel, hereby give notice of the filing of the transcript and exhibits from the deposition of Hilda Iris Zana, taken on July 27, 2021, in support of their forthcoming Motion for Summary Judgment.

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**

*/s/ Todd R. Marti*

TODD R. MARTI (0019280)
*Trial Counsel*
ASHLEY A. BARBONE (0083666)
Assistant Attorneys General
Office of the Ohio Attorney General
Education Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
Todd.Marti@OhioAGO.gov
Ashley.Barbone@OhioAGO.gov

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed electronically on October 22, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's systems.

                              */s/ Todd R. Marti*

                              TODD R. MARTI (0019280)
                              Assistant Attorney General