Hilda Iris Zana

Aaron M. Ogletree vs. Cleveland State University, et al.

July 27, 2021



Western Reserve Building
1468 West 9th Street, Suite 440
Cleveland, OH 44113
Phone: 216.861.9270

cadystaff@cadyreporting.com
www.cadyreporting.com

1

```
 1          IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF OHIO
 2

 3   AARON M. OGLETREE,        )
                               )
 4             Plaintiff(s),   )
                               )
 5        vs.                  )  Case No.
                               )  1:21-cv-00500
 6   CLEVELAND STATE           )  Judge J. Philip
     UNIVERSITY, ET AL.,       )  Calabrese
 7                             )
               Defendant(s).)
 8                             )
                         - - - - -
 9          DEPOSITION OF HILDA IRIS ZANA
               Tuesday, July 27, 2021
10                       - - - - -

11   The deposition of HILDA IRIS ZANA, called by

12   the Plaintiff for examination pursuant to the

13   Federal Rules of Civil Procedure, taken

14   before me, the undersigned, Lisa A. Stropko,

15   Notary Public within and for the State of

16   Ohio, taken remotely via Zoom, commencing at

17   10:00 a.m., the day and date above set forth.

18

19

20

21

22

23

24

25
```

July 27, 2021

2

```
 1  APPEARANCES:

 2      On Behalf of the Plaintiff:

 3
            Matthew D. Besser, Esq.
 4          Mbesser@bolekbesser.com
            Bolek Besser Glesius, LLC
 5          Monarch Centre, Suite 302
            Cleveland, OH 44124
 6
        On Behalf of the Defendant:
 7
            Todd R. Marti, Esq.
 8          Todd.marti@ohioago.gov
            Ashley A. Barbone, Esq.
 9          Ashley.barbone@ohiogo.gov
            Ohio Attorney General
10          30 East Broad Street, 26th Floor
            Columbus, OH 43215
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

July 27, 2021

3

EXAMINATION INDEX

HILDA IRIS ZANA

BY MR. BESSER                4

BY MR. MARTI                46

BY MR. BESSER               57

EXHIBIT INDEX

                                         MAR
Plaintiff's Exhibit
1       Offsite Proctor Form             10

2       Test Proctoring Resources        27

3       Honorlock Standard Exam Guidelines  28

4       Video                            41

4

```
 1              HILDA IRIS ZANA

 2   of lawful age, called by the Plaintiff for

 3   examination, under the Federal Rules of Civil

 4   Procedure, after having been first duly

 5   sworn, as hereinafter certified, was examined

 6   and testified as follows:

 7                  - - - - -

 8                  EXAMINATION

 9   BY MR. BESSER:

10   Q    Hello, Iris.  I'm Matt Besser.  I've been

11        appointed by the court to represent Aaron

12        Ogletree in this case.

13             Can you just give me your full name

14        for the record?

15   A    Hilda Iris Zana.

16   Q    And where do you live?

17   A    Downtown.  East 41st Street, downtown

18        Cleveland.

19   Q    What's your address?  We won't put it in

20        the public record.

21   A    1403 East 41st Street.

22   Q    Have you ever been deposed before?

23   A    No.

24   Q    You are in a deposition now.

25   A    No, I've never been.
```

July 27, 2021

5

```
 1   Q    All right.  And hopefully we will get you
 2        out of here fairly quickly today.
 3             You are under oath.  It is the same
 4        oath that you would take if you are
 5        testifying in court in front of a judge
 6        or jury.  Is there any reason why you
 7        can't testify truthfully today?
 8   A    No.
 9   Q    If I ask you a question that either gets
10        garbled in the video transmission or
11        doesn't make sense, will you commit to me
12        now that you will just let me know and
13        give me a chance to rephrase it?
14   A    Sure.
15   Q    Thanks.  And because we have got Lisa
16        here taking down everything we say, I
17        just need you to let me finish my
18        question and I will do my best to let you
19        finish your answer so we are not talking
20        over each other, okay?
21   A    Yes, sir.
22   Q    All right.  Thank you.  Where are you
23        employed?
24   A    Cleveland State University Testing
25        Services.
```

July 27, 2021

```
 1    Q    How long have you worked for Cleveland

 2         State?

 3    A    I've worked there 15 years.

 4    Q    Are you full-time?

 5    A    Yes, sir.

 6    Q    What's your job title?

 7    A    Test monitor.

 8    Q    Has that been your job the whole 15

 9         years?

10    A    Yes, sir.

11    Q    I think I know the answer to this but

12         tell me what a monitor does.

13    A    Monitor exams.

14    Q    What all goes into that?

15    A    I set the appointments.  I oversee some

16         of the testing going on.  I make sure no

17         one is cheating, keeping the integrity of

18         the exam in place, and returning them

19         back to the professors.

20    Q    Do you do that in person as well as

21         remote?

22    A    Yes.

23    Q    Have you described for me the essential

24         job duties of a test monitor?

25    A    I'm sorry, rephrase.
```

```
 1   Q    Yeah.  Are those the main job duties of a

 2        test monitor?

 3   A    Yes.

 4   Q    Is that also called a proctor?

 5   A    Yeah.  Proctor, invigilator.  There's a

 6        bunch of names.

 7   Q    So am I correct that Cleveland State has

 8        some minimum qualifications, some

 9        professional experience qualifications

10        that are required before you can become a

11        proctor?

12   A    Actually, before I started working full-

13        time for Cleveland State, I was hired as

14        a proctor for national testing on the

15        weekends, so I did that from '98 until

16        2005, and then in 2005 I was hired on

17        here.

18             MR. BESSER:    All right.

19   I'm going to email some documents.  Todd, is

20   it okay if I email to both of you at the same

21   time?

22             MR. MARTI:    Sure.

23             MR. BESSER:    So give me a

24   second.  I'm going to send them by email.

25   They are all short.
```

July 27, 2021

8

```
 1   Q    So I have emailed you three documents.  I
 2        expect that they are the only paper
 3        documents we will need today.
 4             While we are waiting for them to come
 5        through, I should just say for clarity
 6        sake that since we are doing this by
 7        Zoom, where are you physically located
 8        right now?
 9   A    I'm at Cleveland State University in the
10        Testing Services Office.
11   Q    All right.  Is there anyone in the room
12        with you?
13   A    No, sir.  Would you like to see?
14   Q    No, I wouldn't.  That's sort of the
15        point.  I will just ask for your
16        commitment that you won't confer with
17        anyone about my questions and answers on
18        the record or during your deposition
19        unless you are speaking to counsel.
20   A    Correct.  I'm a big girl.  I can handle
21        myself.
22   Q    All right.  Thank you.  So I sent you an
23        email.  It should come from me.  Let me
24        know if you get it.
25   A    I'm waiting.
```

July 27, 2021

9

```
1   Q    Check your spam filter.  It will be from

2        mbesser. Is your email

3        h.zana@csuohio.edu?

4   A    Correct.  Still nothing.

5              MR. MARTI:    I haven't

6   gotten it either, Matt.

7   Q    It must have be the humidity.

8   A    I'm not getting it.  For some reason this

9        computer is running really slow too.

10       There it is.

11  Q    You've got it?

12             MR. MARTI:    I haven't

13  received it yet though.

14             MR. BESSER:    I will throw

15  it up on the screen too.  Can you see my

16  screen?

17             MR. MARTI:    I can.

18  Q    So Hilda, one of the documents I have

19       sent you is titled "Offsite Proctor Form"

20       or something like that.  That's this one

21       that I've got up on the screen now.  I'm

22       going to mark it as Exhibit 1 for the

23       deposition for the record.

24                   - - - - -

25             (Plaintiff's Exhibit 1
```

Pretrial Sessional
July 27, 2021

10

```
 1            marked for identification.)

 2              - - - - -

 3    Q    Is this a form that you have seen before?

 4         I realize you've been a proctor for 15

 5         years now.

 6    A    That's not our form.

 7    Q    This is a Cleveland State University

 8         eLearning form.  That's not a form from

 9         Cleveland State?

10    A    That's the Center for eLearning.  We are

11         two different departments.  I'm with

12         Testing Services, sir.

13    Q    Got it.  So those are under different

14         departments?

15    A    Correct.

16    Q    All right.  Well, I will need you to

17         explain that for me in a minute.

18              The Center for eLearning, is that an

19         office within Cleveland State you are

20         familiar with?

21    A    Yes, sir.

22    Q    And they use proctoring as well?

23    A    I believe so.  It looks like they do.

24    Q    I'm going to scroll to the second page.

25         Do you see at the top there it says,
```

```
 1        "Proctors must meet several
 2        requirements?"
 3   A     Okay.
 4   Q     And under that, the first one says
 5        "Proctors may not be a relative, friend,
 6        roommate of the student."  Do you see
 7        that?
 8   A     Yes, sir.
 9   Q     And then a little bit further down there
10        is a box that says, "Acceptable person to
11        serve as a proctor."  Do you see that?
12   A     Yes, sir.
13   Q     You want.  Take a second and look at
14        that.
15           Are those standards of who is an
16        acceptable person to serve as a proctor
17        the same in your office?
18   A     Yes, sir.
19   Q     Okay.  So all I'm getting at is Cleveland
20        State has set up some sort of minimum
21        professional experience or qualifications
22        that someone would have to have before
23        they could be a qualified proctor,
24   A     Correct.  And this is also pretty much as
25        far as nationally what we use as testing
```

July 27, 2021

```
 1        personnel.
 2   Q    You are saying this is sort of a national
 3        standard?
 4   A    Pretty much, yeah.
 5   Q    So it's not as though a proctor could
 6        just be anybody off the street.  You have
 7        to be either a teacher or a public
 8        librarian or a school administrator or a
 9        military officer, correct?
10   A    Correct.
11   Q    So let's differentiate the two different
12        offices then for my understanding.
13             What does the Office of Testing
14        Services do?  What sorts of tests does it
15        cover that make it different from the
16        center for eLearning?
17   A    We do more in-person exams.  We are
18        physically here.  The only reason we have
19        done remote is because of the pandemic.
20   Q    Before the pandemic your office wasn't
21        doing remote proctoring?
22   A    No.
23   Q    If you know, what does the center for
24        eLearning do?
25   A    Everything for them is web-based.
```

July 27, 2021

```
 1   Q    Do you know, do they also do remote
 2        testing?
 3   A    Yes.
 4   Q    So in terms of the remote testing, what's
 5        the differentiation between the Center
 6        for eLearning and the Office of Testing
 7        Services?
 8   A    I'm not sure.  I'm not part of the
 9        department.
10   Q    All right.  Fair enough.
11             Does the Office for Testing Services
12        cover test proctoring for every remote
13        test for every sort of class and remote
14        test that Cleveland State offers or is it
15        a subset?
16   A    Rephrase the question.
17   Q    Sure.  Does the Office for Testing
18        Services do remote proctoring for any
19        class at Cleveland State?
20   A    Right now we are part of Disability
21        Services.  So when the pandemic hit, our
22        main focus was our students of disability
23        and their needs and what we needed to
24        successfully help them get through the
25        semester and through their testing needs.
```

July 27, 2021

14

```
 1   Q     I think I understand.
 2              So your office handles proctoring for
 3         students with accommodations?
 4   A     Correct.
 5   Q     But it wouldn't handle proctoring for the
 6         general population of students taking
 7         remote tests?
 8   A     You are correct in saying that, yes.
 9   Q     Okay.  In your time with Cleveland State
10         as a proctor, have your job duties been
11         just proctoring for students with
12         accommodations, or has it been also for
13         proctoring the general population of
14         students?
15   A     When I first started here, the office was
16         connected with counseling services.  Our
17         main focus back then was doing national
18         exams and certifications only.  We
19         weren't involved with Disability Services
20         so we did not test anyone with
21         accommodations back then.  Recently
22         within the last two, three years, our
23         offices have been combined and now our
24         focus is to give the best services to
25         accommodations at this point.
```

July 27, 2021

15

```
 1    Q    So it was two or three years ago that the
 2         switch went over to students with
 3         accommodations?
 4    A    Uh-huh.
 5    Q    That was a yes just for the record?
 6    A    Yes, sir.
 7    Q    Do you know whether the center for
 8         eLearning uses the same remote testing
 9         tools and procedures as your office?
10    A    We're not in the same department, so no.
11    Q    Okay.  Let's talk a little bit about the
12         remote testing procedures in your office.
13              At the start do students who are
14         taking a remote test need to have a photo
15         ID on file with Cleveland State?
16    A    Not on file, no.
17    Q    They don't need to provide some photo
18         identification to the school before
19         engaging in remote learning?
20    A    I would imagine they would do that when
21         they register and do their application to
22         get into school.
23    Q    Okay.  Do you know whether Cleveland
24         State has a photo identification of every
25         student?  It's okay if you don't know.
```

```
 1    A    I have no idea.

 2    Q    All right.  I don't want you to guess.

 3    A    No, I have no clue.

 4    Q    All right.  So let's just take a typical

 5         remote test that your office proctors.

 6         I'm sorry, let's take a typical in-person

 7         test that your office would proctor in a

 8         non-COVID world.

 9    A    How would I handle that?

10    Q    Yeah.  What are the procedures if a

11         student is coming in to take an in-person

12         test proctored by you?

13    A    Okay.  You are going to come in, you're

14         going to talk to the secretary and let

15         her know you are there for your

16         appointment.  She's going to ask you for

17         identification.  She is going to check

18         that ID.  It can be a CSU ID or a

19         State-issued ID as long as it's a valid

20         ID and not expired.

21              Once we have cleared and taken that

22         down, she checks you into the system and

23         says you're here and lets me know that

24         you are here, and then I go greet you at

25         the front.
```

1      I walk you over to the lockers.  I

2    ask you to put away all personal

3    belongings, shut down your cell phone all

4    the way, make sure you have no notes that

5    could be construed as something for

6    cheating.  Whatever is on the cover

7    sheet.  Which means what the professor

8    tells me what you are allowed to use.

9      So if you are allowed to use a

10   calculator, I check your calculator.  I

11   say these are the things you are allowed.

12   I say okay, Matthew, you are taking

13   chemistry 262, Section 2, Exam 3 today.

14   You are allowed a calculator, scrap

15   paper, pen or pencil, but that's all

16   you're allowed.

17     I make sure that you put your stuff

18   away.  All the other personal belongings

19   you put into a locker.  Once I have

20   cleared you, then I walk you over to the

21   room, sit you down, make sure that you

22   write your name on the exam and get you

23   ready.

24     Once I acknowledge that you are ready

25   and you acknowledge to me that you are

July 27, 2021

```
 1        ready, then I start the timer and you
 2        start your exam.  But I'm watching you
 3        and I am watching you the whole time.
 4   Q    So from exam to exam the professor will
 5        determine what things a student is
 6        allowed to use during the test?
 7   A    Oh, yeah, definitely.
 8   Q    So in a remote testing situation can you
 9        walk me through what the procedures would
10        be?
11   A    Well, I would send an invitation just
12        like this Zoom invitation that you sent
13        to me.  I usually am on there about 15 to
14        10 minutes, about 15 minutes before
15        anybody else gets on just so that when
16        they do arrive into the room I can let
17        them in immediately.
18             Usually, well 90 percent of all the
19        testing we have done has been one-on-one.
20        It's just lined up that I had a couple
21        other people in the test at the time that
22        Aaron took it.
23             But once they get in, they show me
24        their ID, I ask them if they have their
25        materials that they were allowed, which I
```

```
 1         usually send in an email.  So if they are

 2         allowed a formula sheet, I'll send them

 3         over a formula sheet attached to the

 4         email that tells them what time to get in

 5         and their pass code to get in the

 6         meeting.

 7              Once they show me their ID, I ask

 8         them if they have their materials and

 9         everything they need ready.  If they say

10         yes, I ask them to take a quick look

11         around the room to make sure that any

12         other personal belonging are put away,

13         which they are told to beforehand.

14              Also, in the email it says you are to

15         make sure you know that I'm going to be

16         checking your space so make sure it's

17         cleared of having anything besides what

18         you need for the exam and then I take a

19         quick look and then I start them.

20    Q    As with in-person tests, do the

21         professors get to determine what

22         materials a student is allowed to use

23         during a remote test?

24    A    Yes.  It's their test.

25    Q    And am I correct that that would vary
```

```
 1        from class to class how much a student is

 2        allowed to use open book versus closed

 3        book depending on the professor and the

 4        class?

 5   A    Correct.

 6   Q    Did you say that students need to show ID

 7        for a remote test?

 8   A    Yes, just like when they walk in here.

 9   Q    Can they wear hats or sunglasses during a

10        remote test?

11   A    Sunglasses I would definitely -- I mean,

12        to be able to see who you are I would ask

13        you to take them off.

14   Q    Okay.

15   A    Now, if the student had sunglasses on,

16        there must be a reason.  I'm not going to

17        ask them about their disability.

18             So I would say "Can I see your face?

19        Do you really need those sunglasses?  If

20        you do, no problem, keep them on."  Hats

21        are not a problem either.

22   Q    Okay.  Is that the same for an in-person

23        test?

24   A    Yes.  If they were in class, they could

25        wear a hat.  Now, on the level that you
```

July 27, 2021

21

```
1        are talking about no hats, no sunglasses,

2        that's national testing.  That's a whole

3        different ball game.  It's a lot

4        stricter.

5   Q    So you wouldn't typically make a student

6        take off their hat and look inside the

7        brim like a major league pitcher or

8        anything like that?

9   A    They don't do it in class for 200 of them

10       so I can't do it here, no, sir.

11  Q    And I am correct that for remote

12       proctoring there are a couple of

13       different computer programs or maybe they

14       are called tools that are used to

15       administer the tests?

16  A    With the pandemic, and we have never done

17       remote testing, this is how we did remote

18       testing.  That's it.  It was the

19       computer, us and our students.

20  Q    Right.

21  A    I don't know about any other programs.

22       We didn't use them.

23  Q    Okay.  Is there a computer program that

24       the students use to take the test?  Is it

25       done through a secure website?  How does
```

```
1        that work?
2   A    We did his test on Blackboard.  And
3        that's pretty much -- I'm not sure.  I
4        know they do homework there.  Their
5        syllabuses are given to them there,
6        assignments for the class is given to
7        them there.  So a lot of professors use
8        it to also upload their exams and then
9        they take it on there.  That's all I know
10       about it.
11  Q    Blackboard is a remote learning program
12       for a class?
13  A    Yeah, I would say that.  I think so.  I'm
14       not into the IT stuff.  All I know is
15       they know how to log in there, get their
16       assignments, they can see their syllabus,
17       they can email professionals.  That's
18       what I have seen of it.  They do quizzes
19       and exams.
20  Q    When you had to start doing remote
21       proctoring because of the pandemic, did
22       the school give you training on how to
23       administer them?
24  A    No.
25  Q    Did they require you to get any training
```

23

| | |
|---|---|
| 1 | on your own?  What I'm getting at is how |
| 2 | did you know what the procedures were |
| 3 | going to be? |
| 4 | A   We discussed them as a group.  Like I |
| 5 | said, when the pandemic hit nobody was |
| 6 | ready for it.  We weren't ready for it. |
| 7 | All of our stuff was always live and in |
| 8 | person.  So we kind of went by what our |
| 9 | supervisors said and we discussed how we |
| 10 | would handle our situation because we |
| 11 | weren't going to be in person anymore and |
| 12 | that's about it. |
| 13 | Q   Are there requirements for where students |
| 14 | have to be when they take a test or where |
| 15 | they are allowed to take a remote test? |
| 16 | A   As long as they are still in an area |
| 17 | where they can concentrate, it's up to |
| 18 | them where they want to take it, whether |
| 19 | in their house or wherever they are at, |
| 20 | but we just ask them to clear their area. |
| 21 | Q   Are they allowed to use a virtual |
| 22 | background instead of the actual |
| 23 | background behind them? |
| 24 | A   Yeah.  I never told anybody they |
| 25 | couldn't. |

Richard Massa
July 27, 2021

24

```
 1    Q     When you proctor remote tests, am I right
 2          that you can typically see the background
 3          of the student where they are?
 4    A     Yeah.  Oh, yeah.  I'm looking at them
 5          like I'm looking at you just like you are
 6          looking at me.
 7    Q     So you could see here that I'm in what
 8          looks to be an office, right?
 9    A     Yes, sir.
10    Q     Do students sometimes take their remote
11          tests in their homes?
12    A     Most of the time, yes.
13    Q     Do they sometimes take it in their
14          bedrooms?
15    A     Yeah.
16    Q     Let me back up.  Do I understand that the
17          Office of Testing Services is different
18          from the Center for eLearning?
19    A     Correct.
20    Q     Is there an overarching department or
21          center that the Office of Testing
22          Services is part of or is it its own
23          independent unit?
24    A     We are part of the Office of Disability
25          Services now.
```

Iris Morozova - July 27, 2021

25

```
1    Q    Understood.  Okay.  Maybe you said that
2         before.  Thank you.
3              I'm going to show you a printout from
4         the Center of eLearning and I was just
5         going to ask you if you are familiar with
6         some of the terms and things listed on
7         there.
8                   MR. MARTI:    Matt, is that
9    the online proctoring resource document?
10   Q    Yes, it is.  So Iris, it will be the
11        second document I emailed you called
12        Online Test Proctoring Resources.
13             Iris, can you see my screen?
14   A    I see it.
15   Q    I have printed out a page from the Center
16        for eLearning.  Do you see at the top it
17        says in orange "Test Proctoring
18        Resources?"
19   A    Yes, sir.
20   Q    And then a little below that it lists
21        three tools.  Do you see those listed?
22   A    I do.
23   Q    The first is Respondus Lockdown browser,
24        the second is Respondus Monitor and the
25        third is Honorlock.  Are you familiar
```

July 27, 2021

26

```
 1        with those tools?

 2   A    I have never used them.  I have heard of

 3        them, yes.

 4                MR. MARTI:     Matt, sorry to

 5   interrupt you.  Is this going to be Exhibit 2?

 6                MR. BESSER:    Yes, I'm

 7   sorry.  You're not interrupting.  It's okay.

 8                    - - - - -

 9            (Plaintiff's Exhibit 2

10            marked for identification.)

11                    - - - - -

12   Q    You have heard of them but never used

13        them, is that right?

14   A    Correct.

15   Q    But if a professor wanted them used in

16        one of the remote testing proctors, would

17        that be admissible?

18   A    Rephrase.

19   Q    Yeah.  If professor said I want to give a

20        remote test to this student and I want to

21        do it through the Lockdown Browser, the

22        professor would be allowed to require

23        that, right?

24   A    Yes.

25   Q    Have you ever heard of a tool called
```

27

```
 1        Tegrity, T-E-G-R-I-T-Y?

 2    A    No.

 3    Q    I'm going to show you the third document,

 4        and I think that's the last document I

 5        will use.

 6            Can you see my screen still?

 7    A    Yes, sir.

 8    Q    We will call this Exhibit 3.  It's the

 9        file labeled Honorlock.

10                    - - - - -

11            (Plaintiff's Exhibit 3

12            marked for identification.)

13                    - - - - -

14    Q    So I know you said you hadn't used

15        Honorlock before, is that right?

16    A    I have not, no.

17    Q    Okay.  Do you see where it says testing

18        area?

19    A    Yes.

20    Q    Okay.  It's the fourth bullet down.  I

21        will highlight it.

22    A    I see it.

23    Q    It says, "Students must show the work

24        area as well as the entire room during

25        the room scan."
```

Rachana Thakkar
July 27, 2021

28

```
 1          So my first question is is room scan
 2      a term that you're familiar with?
 3   A   Yes, sir.
 4   Q   All right.  Could you tell me in your own
 5      words what a room scan is?
 6   A   Do you want me to show you?
 7   Q   No.  Just tell me.
 8   A   You scan the room.  You ask them to
 9      physically with their camera scan the
10      room.
11   Q   Just go in a circle?
12   A   Yes.  That's what I require from them.
13   Q   Do you know, do other proctors require
14      something different?
15   A   I know that they are a little more
16      intense like ProctorU.  I know they're a
17      little more intense than what I ask for.
18   Q   What do you know about that?
19   A   Just articles and reading about them
20      because we were thinking about using them
21      when the pandemic had hit.
22   Q   You are saying there are protocols that
23      are more intense.  You are not saying
24      that other proctors in Cleveland State do
25      something more intense?
```

```
 1   A    No.  Yes, you just clarified that.  Yes,
 2        correct.  Yeah, no.
 3   Q    How long does a room scan typically take?
 4   A    For me it should take less than a minute.
 5   Q    I know you said most of the tests you
 6        proctor remotely are one-on-one.  But in
 7        the times when they are not one-on-one,
 8        can the other students in the remote test
 9        see the room scan for a given student?
10   A    Yes.
11   Q    Can you explain to me in your own words
12        what the purpose of the room scan is?
13   A    To make sure there is no notes, papers,
14        cheat notes, a friend hanging out to give
15        them answers.
16   Q    What are you supposed to do if a student
17        refuses to do the room scan?
18   A    If they refuse?
19   Q    Right.
20   A    Let them know that that's fine.  That we
21        can reschedule for another date.
22   Q    They are not allowed to take the test if
23        they refuse?
24   A    If they said they weren't comfortable to
25        take the test because I want to do the
```

July 27, 2021

```
 1        room scan, well, then, it's how do you
 2        want to handle this?  Do you want to
 3        continue on with taking the test, but I
 4        have to let your professor know that you
 5        didn't let me scan your room.  So I would
 6        let them continue with the test, but I
 7        would report the situation.
 8   Q    Has that happened?
 9   A    Never.
10   Q    You never had a student refuse?
11   A    Never.
12   Q    Is there a policy that you are aware of
13        or given to you from Cleveland State
14        about what to do if the student refuses?
15   A    No.
16   Q    That never came up when the pandemic
17        started and you were discussing how these
18        remote tests would be conducted?
19   A    No, that didn't come up.  But if I was in
20        a situation like that, like I said it's
21        no problem.  You can still take the exam
22        and I will let your professor know you
23        didn't let me do the scan and then you
24        take it from there.
25   Q    Are there written policies for your
```

1        office about how to conduct remote

2        proctoring?

3    A    Not that I have seen, no, sir.

4    Q    Were you given just verbal instruction

5        about how to conduct the remote

6        proctoring?

7    A    Yes.

8    Q    Given by whom?

9    A    That would be my supervisor, Shelly Lamb.

10   Q    What's her title?

11   A    Test coordinator.

12   Q    And did the test coordinator tell you

13       that a room scan was required for remote

14       testing?

15   A    Yeah.  That's how we would handle it,

16       just like we would handle it with you

17       walking in.

18   Q    All I'm getting at is a room scan is not

19       something you decided on your own you

20       should do, this was instruction given to

21       you by CSU?

22   A    Yes.

23   Q    Could a professor decide for a given test

24       that a room scan is not required?

25   A    Sure.

July 27, 2021

32

```
 1   Q    Is there a default whether a room scan is
 2        required or not required?  Do you
 3        understand my question?
 4   A    Not really, no.
 5   Q    All right.  Is your presumption going in
 6        that a room scan will be required unless
 7        a professor tells you otherwise?
 8   A    Correct, yes.
 9   Q    Do proctors have the authority to have a
10        student redo the scan if you think that
11        it was too fast or missed something?
12   A    I would think so, yes.  But I do my scan
13        and then sit.  I do my scan, they do
14        their scan, and unless there was
15        something that was perceived as it
16        shouldn't be there, I wouldn't ask them
17        to do it again, no.  Like I said, it
18        wasn't like written policy.
19   Q    Have you ever had to ask a student to
20        redo a scan?
21   A    Nope.
22   Q    Have you ever asked the student to hold
23        their camera on something so that you can
24        get a better look?
25   A    No.
```

```
 1    Q    Have you ever caught a student trying to

 2         cheat through -- has your room scan ever

 3         caught a student trying to cheat?

 4    A    No.

 5    Q    Have you ever caught a student trying to

 6         cheat on a remote test through any means?

 7    A    No.

 8    Q    What about in person?  Have you ever

 9         caught a person trying to cheat in

10         person?

11    A    Oh, yeah.  Oh, yeah.

12    Q    You said that in sort of a knowing way.

13         Is that something that's happened a lot

14         or just a handful of times?

15    A    I've been testing for 20 years and I have

16         caught only about, I'd say 10 to 15

17         people.

18    Q    Is there a most popular means of cheating

19         that people use that you have caught?

20    A    Mainly trying to sneak in cell phones.

21    Q    And then look up answers using the

22         Internet?

23    A    Yeah.

24    Q    What about having paper materials they

25         are not allowed to have?  Have you caught
```

```
 1        them doing that?
 2    A     Yes, I have.
 3    Q     Anything else that you can recall about
 4        ways they have cheated?
 5    A     We caught one hiding notes in the
 6        bathroom, and then they have to go to the
 7        bathroom a whole lot.
 8    Q     Anything else you can think of?
 9    A     Let's see.  Cell phone, tiny little cheat
10        sheets that are about that big.  Itty-
11        bitty.  I only found one of those though.
12        That's it.
13    Q     How many in-person exams do you think you
14        have proctored over the course of your 15
15        years?  Is it so many you couldn't
16        possibly count?
17    A     Yeah.
18    Q     Is it in the thousands or hundreds?
19    A     In the thousands.  I mean, I have done
20        the CFA exam which has had anywhere from
21        200 to 300 for the last 20 years.
22        Practice exams, I used to run those, and
23        that was a couple hundred people on a
24        Saturday.
25    Q     What about remote exams?  How many do you
```

July 27, 2021

```
 1        think you have proctored that are remote

 2        exams?

 3    A   Maybe 50, if that.  I don't know.  But

 4        not as many as in person.

 5    Q   During a remote exam students aren't

 6        allowed to use their cell phones

 7        typically, right?

 8    A   I'm sorry, during a remote you said?

 9    Q   Yeah.

10    A   No.  During any exam they are not allowed

11        to use their phones unless it's

12        explicitly said by the professor.

13    Q   And during a remote exam students are not

14        allowed to leave the camera view,

15        correct?

16    A   Well, if they have to use the bathroom I

17        can't stop them.

18    Q   Okay.

19    A   I would allow them of course.

20    Q   But that's the same in person then I

21        assume?

22    A   Yes.  Unless it's explicitly said by the

23        professor they are not to leave the room.

24        I'm talking far and few between have I

25        ever had someone say they are not allowed
```

July 27, 2021

36

```
 1        to use the bathroom during an exam.  I

 2        mean, this is not kindergarten.

 3            So I did have one professor a long

 4        time ago where it was their exam had to

 5        be submitted before they can leave, but

 6        it was also a short exam.  It wasn't like

 7        a 2- to 3-hour exam.  It was maybe a

 8        45-minute exam.  So they had to submit it

 9        before they could leave the room.  But

10        it's not often.

11   Q    Are there other computer programs besides

12        Blackboard that you have used to

13        administer remote tests or is Blackboard

14        about it?

15   A    Blackboard is it.

16   Q    Let me switch gears and talk about Zoom.

17        Before I do that, do you need a break of

18        any kind?

19   A    No, I'm good.

20   Q    So you have been doing remote testing

21        since the pandemic?

22   A    Correct.

23   Q    All right.  Do you use Zoom for that?  Is

24        that the video conference method?

25   A    Yes, sir.
```

July 27, 2021

```
 1    Q     Are the Zooms recorded when you are

 2          proctoring remotely?

 3    A     Yes, sir.

 4    Q     Do you have to start the recording as a

 5          proctor or is that done automatically?

 6    A     That's done automatically.

 7    Q     Are you aware that when you are using

 8          Zoom there are different ways to set up

 9          the view of what you see and who you see

10          on the screen?

11    A     I didn't know that until the other day.

12    Q     Okay.  Do you know that now?

13    A     Yes.

14    Q     You could have a gallery view where you

15          can see everything in the meeting?

16    A     Yes.

17    Q     Or you might have it set where only the

18          person who is speaking at the time shows

19          up on the screen?

20    A     I know that now.

21    Q     All right.

22    A     It was whenever they started it whoever

23          set it up.

24    Q     Somebody sets that up?  So when you are

25          doing a remote test someone sets that up
```

```
 1        for you?

 2   A    I didn't know about the controls.  Who

 3        set up that meeting.  I can't recall.

 4        But I didn't know about the whole control

 5        thing.  Because I can see everybody since

 6        I'm the host so I always can see

 7        everything going on.  As far as the

 8        recording goes, that's when you get into

 9        those views and that.

10   Q    Do you ever watch the videos back?

11   A    Never unless I had to.

12   Q    So the test I'm going to ask you about

13        was from February of 2017, and one of the

14        students was Aaron Ogletree, and I think

15        it was a chemistry class.  Do you know

16        what I'm talking about?

17   A    Yes.

18   Q    All right.  Have you watched that video

19        since that test?

20   A    Yes.

21   Q    I'm going to play just a little bit of it

22        for you.  I will put it on my share

23        screen and I will mark this Exhibit 4.

24   A    Sounds good.

25                         - - - - -
```

```
 1              (Plaintiff's Exhibit 4

 2          marked for identification.)

 3              - - - - -

 4              MR. BESSER:    Lisa, since we

 5   have the video, you don't need to transcribe

 6   it.

 7   Q   So I'm going to play about a little under

 8       two minutes of it to start and then I

 9       will stop and ask you some questions,

10       okay?

11   A   Sure.

12   Q   Can you see that?

13   A   Yes.

14              MR. MARTI:    Matt, I can't

15   hear that.

16              MR. BESSER:    I know.  It

17   will kick in in a second I think.

18   A   I was remote at home.  Shelly was here.

19       I was having difficulty starting the

20       actual meeting.

21   Q   Okay.  I'm going to try unplugging my

22       microphone and see if that does the

23       trick.  Do you guys hear anything?

24              MR. MARTI:    I still can't

25   hear anything.
```

July 27, 2021

```
 1              MR. BESSER:    Can you hear
 2    me now?
 3              MR. MARTI:    We can hear you
 4    but not the video.
 5              THE WITNESS:    I can't hear
 6    the video either.
 7              MR. BESSER:    Why don't we
 8    take a short break while I try to figure this
 9    out.  Just a couple minutes.
10              THE WITNESS:    I'm going to
11    take about five minutes because I'm going to
12    use the restroom.
13              MR. BESSER:    Okay.  That's
14    fine.
15              (Whereupon, a brief recess was
16    taken.)
17    Q    I think I figured out the issue of the
18        video so I'm going to play it again.  If
19        you can't hear it, just wave wildly.
20        Like I said, I'm going to play about a
21        minute, 52 seconds.  Something like that.
22        (Video played.)
23    A    Okay.
24    Q    So are you able to hear that okay?
25    A    Yes.  Did you stop it or was I frozen
```

Michael Frisina
July 27, 2021

41

```
 1        there?
 2   Q    I stopped it.
 3   A    Okay.
 4   Q    I'm just going to ask you some questions.
 5            So the first couple of minutes of
 6        this video, Exhibit 4, that's you setting
 7        up another student to take this test?
 8   A    Yes.
 9   Q    I think you said that while you proctor
10        these remote tests, you could see
11        everybody because you have a gallery view
12        on?
13   A    Yes.
14   Q    In the video clip I played for you, the
15        camera switches back and forth between
16        you and the student depending on who is
17        talking, is that right?
18   A    Right.  Yeah, that's what was happening.
19   Q    But you can see her the whole time?
20   A    Yes.
21   Q    So that student was in her bedroom,
22        correct?
23   A    Yes.
24   Q    And then she does a room scan and you ask
25        her to show her surroundings?
```

```
 1   A    Yeah.  It was brief.

 2   Q    All right.  And it looked like there were

 3        some papers in her area.  Did you see

 4        that?

 5   A    Yeah.

 6   Q    But that was okay?  That wasn't something

 7        that required further review?

 8   A    Well, I assume that was what she had just

 9        put down after I told her to put it down.

10   Q    All right.  So after that student I think

11        you let in a second student and then

12        Aaron.

13   A    Right.

14   Q    Unless you want to see the second

15        student, I was going to fast forward to

16        when Aaron comes in.

17   A    Yes, please.

18   Q    So I'm going to fast forward when Aaron

19        comes in and I will play about 45 seconds

20        to a minute and then we'll stop it again.

21   A    Okay.

22            (Video played.)

23   Q    Were you able to hear the clip?

24   A    Yes.

25   Q    All right.  So this was you getting Aaron
```

July 27, 2021

```
 1        ready to take this test?
 2   A    Yes.
 3   Q    So you ask him to do a room scan and he
 4        does it, correct?
 5   A    Correct.
 6   Q    And as with the first student, the camera
 7        is going back and forth depending on
 8        whether it's you or he talking?
 9   A    I believe so, yes.
10   Q    Yes or no?
11   A    Yes.
12   Q    Let me do it again with the audio.  One
13        second.  (Video played.)
14   A    Matthew?
15   Q    Can you hear me now?
16   A    Yeah.
17   Q    Okay.  So during that clip I played the
18        room scan occurred, correct?
19   A    Yes.
20   Q    All right.  And the entire room scan does
21        not show up on the video, and I'm not
22        saying there is anything wrong with it,
23        but the entire room scan does not show up
24        on the video because you had said
25        something during the room scan, correct?
```

```
 1   A    I believe so.  I think so.
 2   Q    Again, you can see all the students
 3        during the entire time?
 4   A    Yes.
 5   Q    Even though the video clip we have
 6        doesn't show the students during the
 7        entire time?
 8   A    Correct.
 9   Q    One of the things you said during this
10        clip was, "I can see you have your scrap
11        paper."
12   A    Right.
13   Q    So we didn't see that on the clip I don't
14        think.  Was he doing the room scan while
15        you are saying that?
16   A    Yeah.  It was a quick scan.
17   Q    And then at the end of it you asked if
18        he's on Blackboard and then you start the
19        test, correct?
20   A    Right.  And I give him the password.
21   Q    So is it fair to say that the scan lasted
22        something like 10, 15 seconds?
23   A    Yeah.
24   Q    And am I correct you found no evidence of
25        anything that would stop him from taking
```

July 27, 2021

45

```
 1        the test or that it needed to be
 2        recorded?
 3    A    Correct.
 4    Q    I think I'm done.  Let me just pause here
 5        for a minute and review my notes to make
 6        sure, okay?
 7    A    Okay.
 8    Q    So I'm just going to turn off my camera
 9        and microphone for a minute.
10    A    No problem.
11    Q    Real quick.  How many proctors are there
12        in your office, the Office of Testing
13        Services?
14    A    Now or during the pandemic.
15    Q    Throughout the pandemic.
16    A    Throughout the pandemic, I was mainly
17        doing most of them.  Professors really
18        stepped up during the pandemic.  Some of
19        them did final papers and figured out
20        other ways besides exams.  So we weren't
21        as busy as normal so I did most of them.
22        Shelly would also proctor.  And I think
23        we had one grad student proctor once or
24        twice but that was it.
25    Q    Do you know whether Shelly and the grad
```

July 27, 2021

46

```
 1        student himself used a room scan

 2        procedure?

 3   A    I would say yes, but I don't know.

 4   Q    Okay.  You don't have to guess.  It's

 5        okay.

 6   A    That would be on them.  I don't know.

 7   Q    Are you still doing remote proctoring?

 8   A    Far and few between.  It's summertime.

 9   Q    Right.  Do you anticipate that you'll be

10        doing remote proctoring during the fall?

11   A    Only for extreme cases that cannot come

12        to campus.

13   Q    Have you been instructed or told by the

14        school to change any of the policies and

15        procedures about doing Zoom proctoring,

16        remote proctoring?

17   A    No.

18   Q    Nobody at the school has instructed you

19        to stop the room scan policy?

20   A    No, not to me directly.

21   Q    Do you know whether the room scan policy

22        is going to continue, is set to continue

23        for remote proctoring?

24              MR. MARTI:    Objection to the

25   characterization of the policy.  Go ahead and
```

```
 1   answer, Iris.

 2   A    I don't know.

 3              MR. BESSER:    Okay.  All

 4   right.  I don't have anything further for you.

 5   Thank you so much for your time.  I really

 6   appreciate it.  Todd and Ashley will advise

 7   you from here.

 8                   EXAMINATION

 9   BY MR. MARTI:

10   Q    Iris, I actually have a few questions for

11        you, but I don't think it will take too

12        long.  Just for the sake of the record,

13        my name is Todd Marti.  I represent the

14        defendants in the case.

15             So as I understand it, you have done

16        a lot of in-person proctoring and some

17        remote proctoring you said.  Is that a

18        fair summary?

19   A    Yes, sir.

20   Q    Okay.  Based on your experience with

21        those two types of proctoring, what's

22        your view on the potential for cheating

23        in remote versus in-person?

24              MR. BESSER:    Objection.

25   You can answer.  I don't have the right to
```

July 27, 2021

```
1    tell you not to answer.

2    A    Okay.  My opinion, personal opinion?

3    Q    Yeah.

4    A    I would say that it would be 10 times

5         more likely that I cannot catch somebody

6         in a remote setting that I can when we

7         are live.

8    Q    And why is that?

9    A    Because I don't have a camera that can

10        Zoom in or move around the way that we

11        have here and we get just a face view

12        like I'm seeing you now.  You could have

13        something on your lap right now.  I don't

14        know that.  I don't know what's going on.

15        So there could be stuff taped where I

16        would have no idea, you know.

17   Q    Can those things occur during an

18        in-person?

19   A    No.  I control my environment.

20   Q    Okay.  So is it fair to say that the

21        students are under much more scrutiny in

22        person than they are remotely?

23   A    Absolutely.

24   Q    Okay.  So when you proctor a remote test,

25        do you require the students to take them
```

July 27, 2021

```
 1        at any particular location?
 2   A    No.
 3   Q    So they choose whether it's in their
 4        home?
 5   A    They choose.  They just need to be on
 6        that meeting at that time.
 7   Q    Okay.  So it's completely up to them?
 8   A    Yes.
 9   Q    And we talked about scans a few minutes
10        ago and we saw the one in this case.
11            Am I correct in understanding you
12        generally only do one scan at the
13        beginning of the test, is that correct?
14   A    Correct.
15   Q    Okay.  So are you looking at the
16        student's environment, the immediate
17        surroundings during the rest of the exam?
18   A    No.  I'm mainly looking at the student.
19        I'm catching eye movement.  I'm just
20        seeing the body language and that's all I
21        can do from that position.
22   Q    And would you look for those same things
23        during an in-person exam?
24   A    Yes.
25   Q    And, by my count, the entire interaction
```

50

```
 1        that we saw on the tape between you and

 2        Mr. Ogletree lasted about 40 seconds.

 3   A    Okay.

 4   Q    Is that typical of the preliminary

 5        proceedings you have in these online

 6        tests?

 7   A    Yeah, I would say that's normal.  I feel

 8        it was a little quicker than the other

 9        two young ladies that were before him.

10   Q    Okay.  And how is that?

11   A    I mean, I asked him for all the -- I mean

12        the room scan was a little quicker.  I

13        think they were about the same though.  I

14        know he came into the meeting a little

15        bit later than the other girls, so it was

16        more of let's get this together.  Let's

17        do the ID, the room scan.  You have this,

18        you have that and let's go.  Let's start.

19   Q    In other words, let's get on the road?

20   A    Right.

21   Q    So when you do one of these room scans,

22        what is it that you are showing?  How

23        much do you scan?

24   A    It depends.  Some people have their

25        desktop where they can't lift them and
```

CADY REPORTING SERVICES, INC. www.cadyreporting.com 216-861-9270

July 27, 2021

```
 1        can't move them around as well, but
 2        mainly I just kind of want to see what's
 3        in front of them besides their computer.
 4        If there are any cheat notes or a
 5         cell phone mainly.
 6    Q    Okay.  So we just watched the scan that
 7        Mr. Ogletree did and the first student
 8        did.  Are those pretty typical in the
 9        lengths and extent of the scans that you
10        do?
11    A    Yes.
12    Q    During the early part of the deposition,
13        you were asked about some software.  I
14        think it was ProctorU, something like
15        that.  Does that ring a bell?
16    A    I mentioned ProctorU is what we looked
17        into using during the pandemic but it was
18        decided they were cost prohibitive.
19    Q    Did they involve the scanning as well?
20    A    All of those involve scanning, yes.
21    Q    And could you compare the extent of the
22        scans that they require to the extent of
23        the scans that you generally require?
24    A    Personally, no.  I have heard that theirs
25        is just a little more intensive than
```

Rochia Williams
July 27, 2021

```
 1        ours.
 2   Q    So when you are doing the video
 3        monitoring of these remote exams, who
 4        else can see the screen that you are
 5        looking at?
 6   A    Me.  That's it.
 7   Q    Is there anybody else, any of your other
 8        colleagues at CSU?
 9   A    Only if they are logged on.  Like Shelly
10        was logged in at the same time I was.
11        Remember in the beginning I was having
12        technical difficulties?  It wasn't coming
13        up and I couldn't let them into the room
14        so she called me and said, "What's going
15        on?"  And I told her I was having trouble
16        so she logged on to at least greet
17        Hannah, which was the first student, so
18        that they knew we were there, and then
19        once it started rolling, then you see her
20        disappear and it's just me with the
21        students.
22   Q    So she logs on to get it started and then
23        she logs off?
24   A    Yes.
25   Q    So once she is off the only person that
```

July 27, 2021

53

```
 1       can see the video is you?
 2   A    Yes.
 3   Q    Okay.  Now, can the other students see
 4       everything that you can see while you are
 5       monitoring the video stream?
 6   A    I don't know.
 7   Q    Okay.  Now, you mentioned these videos
 8       are recorded.
 9   A    Yes, into the Cloud.
10   Q    And how long are they retained, do you
11       know?
12   A    I have no idea what Zoom protocols are.
13       I don't know.
14   Q    How about in terms of what CSU does?
15   A    Usually ours are only retained for 30
16       days and they are typically not reviewed
17       unless there is an issue.
18   Q    Okay.  And who has access to those while
19       they are still being retained?
20   A    I don't even have access to those.  Our
21       cyber security I guess.  To be honest
22       with you, I don't know.
23   Q    So is it fair to say that not just anyone
24       can access these videos?
25   A    No.  No.  Like I said, I can't even
```

CADY REPORTING SERVICES, INC. www.cadyreporting.com 216-861-9270

July 27, 2021

```
 1        access them.  I have to ask permission.

 2        It's illegal.

 3   Q    Okay.  They are not readily available

 4        then?

 5   A    Absolutely not.

 6   Q    Are you familiar with how other

 7        organizations conduct remote proctoring?

 8   A    Only reading a little bit on our NCTA

 9        chat rooms.  We have compared and talked,

10        but physically knowing, no.

11   Q    What is NCTA, is that what it was?

12   A    Yes.  National Testing Center

13        Association, I believe.  I have to write

14        it out.  National College Testing

15        Association.

16   Q    Some national organization?

17   A    Yes.

18   Q    Basically people that do the kind of work

19        that you do?

20   A    Correct.  It's like a group, yeah.

21   Q    Are these just university people or does

22        it go beyond that?

23   A    Mainly university but they also do

24        national testing.

25   Q    Now, you mentioned that term before.
```

```
 1        What do you mean by national testing?

 2   A    So your certification exams, your

 3        teachers licensures.  Not just my

 4        professor says I need to take this for my

 5        professor.  These are to certify you for

 6        your career.

 7   Q    So like LSAT, MCAT things like that?

 8   A    Right.  Those are your national exams,

 9        teacher licensures.  There's one for

10        teaching.  Pearson does quite a few tests

11        for certification for our teachers'

12        licensures.  So we do some of those.

13        Miller Analogies.  That's another

14        national exam.  That determines whether

15        you are going to get into grad school.

16        So is the GRE.

17   Q    Is that the ACT, SAT?

18   A    Yes.

19   Q    So when those are done remotely, is there

20        generally a room scan component to those?

21   A    I have never done a remote one, and I

22        would imagine those would be -- I've

23        never heard of a national one going on

24        with the pandemic.  They probably did.  I

25        don't know so I couldn't tell you.
```

July 27, 2021

```
 1    Q    Fair enough.  So when you do ask students
 2         to do the room scan, has anyone
 3         ever complained about that to you?
 4    A    Never.
 5    Q    Have any of your colleagues ever
 6         mentioned to you that other students have
 7         complained about that?
 8    A    No.
 9    Q    Have you ever heard of any complaints
10         about that from the folks that you speak
11         to on the organizations we just
12         discussed?
13    A    Not that I recall.
14    Q    Okay.  Can you think of any alternatives
15         to the room scan to accomplish the
16         purpose it serves?
17              MR. BESSER:    Objection.
18    A    I couldn't think of any.
19    Q    Okay.  Fair enough.
20            So when you did the scan for
21         Mr. Ogletree, did you see any tax
22         documents?
23    A    No.  The only thing I literally seen was
24         the formula sheet, which he said "This is
25         my formula sheet," and I said okay.  I
```

July 27, 2021

57

```
1        didn't even really see scrap paper.  The

2        room was pretty dark.  Then pretty much I

3        started.

4   Q    I'm glad you mentioned that.  That's

5        something I wanted to ask you about.

6             Before he appears on the screen,

7        you've a minute to say you've got your

8        scrap paper, your ID, that sort of thing,

9        but is he holding those up in front of

10       the camera?  Is that why you were able to

11       see them?

12  A    Yes.

13  Q    So it wasn't part of the scan, it was

14       something that he presented to you?

15  A    Yes, I believe so.

16  Q    All right.  So when you did the scan, did

17       you see any medications or any

18       prescriptions laying around?

19  A    No.

20  Q    Okay.

21  A    If you viewed what I viewed, his room was

22       pretty black.

23  Q    Okay.  So if I understood you correctly,

24       you haven't used the Respondus or the

25       Honorlock software in your work?
```

Iris Linehan
July 27, 2021

58

```
 1   A    I have not, no.

 2   Q    I think those are all the questions I

 3        have for you.  I appreciate your time,

 4        Iris.  Matt may have more questions.  I

 5        don't know.

 6   A    Okay.

 7                    EXAMINATION

 8   BY MR. BESSER:

 9   Q    I have just about three follow-ups from

10        that.

11             So since you haven't used them, is it

12        correct to say you don't know whether the

13        Respondus process or monitoring tools

14        require a room scan as part of their

15        policies and procedures?

16   A    Correct.  I wouldn't know.  I'm not

17        familiar with them.

18   Q    I think you said that it was harder to

19        catch someone cheating remotely than in

20        person.  Did you say that?

21   A    Yes, I did.

22   Q    Okay.  And it is true that there is no

23        foolproof way to catch someone cheating

24        on a remote test?

25   A    Correct.
```

July 27, 2021

59

```
1    Q    If someone was doing a room scan and had,
2         say, a post-it note taped to their
3         computer screen, that room scan wouldn't
4         show the post-it note, correct?
5    A    Correct.
6                   MR. BESSER:    I don't have
7    anything further.  Thank you.
8                   MR. MARTI:    Nor do I.
9    Iris, if this transcript is printed up, you
10   have the right to read the printed version of
11   it to look for mistakes, errors, that sort of
12   thing.  You could also waive that right.
13                  Do you have a preference one
14   way or the other?
15                  THE WITNESS:    I'm fine.  I
16   can waive it.
17                  MR. MARTI:    So you don't
18   care whether you read it or not then?
19                  THE WITNESS:    No, not
20   really.
21                  MR. MARTI:    I think that's
22   a waiver.
23                  THE WITNESS:    Yes, sir.
24                  MR. MARTI:    Well, Iris, we
25   appreciate your time.  I think we are done for
```

1    the day and thank you very much.

2                    THE WITNESS:    Okay.  You're

3    welcome.

4            (Deposition concluded at 11:58 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    The State of Ohio,   )

2                         ) SS:          CERTIFICATE
     County of Cuyahoga. )

3

4        I, Lisa A. Stropko, Notary Public within
     and for the State of Ohio, duly commissioned
5    and qualified, do hereby certify that the
     within-named HILDA IRIS ZANA was, by me, first
6    duly sworn to testify the truth, the whole
     truth, and nothing but the truth in the cause
7    aforesaid; that the testimony then given by
     him/her was by me reduced to stenotypy in the
8    presence of said witness, afterwards
     transcribed on a computer, and that the
9    foregoing is a true and correct transcript of
     the testimony so given by him/her as
10   aforesaid.

11       I do further certify that this deposition
     was taken at the time and place in the
12   foregoing caption specified.

13       I do further certify that I am not a
     relative, employee of, or attorney for any of
14   the parties in the above-captioned action; I
     am not a relative or employee of an attorney
15   for any of the parties in the above-captioned
     action; I am not financially interested in the
16   action; I am not, nor is the Court reporting
     firm with which I am affiliated, under a
17   contract as defined in Civil Rule 28(D); nor
     am I otherwise interested in the event of this
18   action.

19       IN WITNESS WHEREOF I have hereunto set my
     hand and affixed my seal of office at
20   Cleveland, Ohio, on this 10th day of August,
     2021.

21

22

         Lisa A. Stropko, Notary Public
23
         In and for the State of Ohio.
24       My commission expires March 25, 2023

25