

# CLEVELAND STATE UNIVERSITY

*Cleveland State University - Center for eLearning*

## Offsite Proctor Form

PLEASE RETURN THIS FORM BY EMAIL or FAX:

elearning@csuohio.edu • 216-687-3960 • Fax: 216-875-9733

---

### STUDENT AGREEMENT:

Name: _____  CSU ID: _____

CSU Email Address: _____  Phone Number: _____

List Course(s), Section(s), and Instructor(s) below. (Example: UST 453 Section 501)   Semester: ☐ Fall    Year: _____

Course: _____  Section: _____  Instructor: _____    ☐ Spring

Course: _____  Section: _____  Instructor: _____    ☐ Summer

_____

By signing below, you verify that you have read, understand, and agree to the guidelines outlined on the Proctoring Guidelines for Students, attached and found at . Failure to comply with said guidelines constitutes a breach of academic integrity and will be subject to the consequences outlined at https://www.csuohio.edu/sites/default/files/StudentCodeOfConduct.pdf.

**Student Signature:** _____    **Date:** _____

---

### PROCTOR AGREEMENT:

**I am one of the following:**

☐ Professional testing center          ☐ Faculty                    ☐ K-12 teacher/counselor

☐ Professional librarian               ☐ Other (explain): _____

Name: _____  Phone Number: _____

Organizational Email Address (REQUIRED): _____

Employer: _____  Job Title: _____

Business Address: _____

Testing Site: _____  Testing Site Address: _____

By signing below, you verify that you have read, understand, and agree to the guidelines outlined on the Proctoring Guidelines for Proctors, found at:  Failure to comply with said guidelines constitutes a breach of Academic Integrity and will be subject to investigation and dismissal as a proctor.

**Proctor Signature:** _____    **Date:** _____

---

Please decline this invitation if you have a clear or apparent conflict of interest to protect the student's academic record and the academic integrity of Cleveland State University. Approval of proctors is at the discretion of the course instructor who has the right to deny the use of a proctor.

1860 East 22nd Street, RT201 • Cleveland, Ohio 44115-2214 • 216-687-3960 • Fax: 216-875-9733 • elearning@csuohio.edu • www.csuohio.edu/center-for-elearning

EXHIBIT
1

Revised August 2018

# CLEVELAND STATE UNIVERSITY

*Cleveland State University - Center for eLearning*

# Offsite Proctor Form

## Proctors must meet several requirements:

- ☐ Proctors may **NOT** be a relative, friend, roommate, neighbor, supervisor, co-worker, employee, social media acquaintances or have any appearance of a relationship with the student.
- ☐ If the exams for the course are online using RESPONDUS, the proctor will need to have access to a computer at the exam location OR the student will need permission from the instructor to use his or her own computer, provided the software is downloaded.
- ☐ Proctors must be able to monitor students during the exam.
- ☐ The supporting documentation in the table below must be submitted before your proctor can be approved. You should request this documentation in advance from your proctor before you begin the new proctor nomination process.
- ☐ Examinations will only be sent to the proctor's approved business email address. If your proctor's business email address is a Gmail, Outlook, or other similar free email address, you will need to provide documentation that this is the proctor's business email address in the verification letter.

| ACCEPTABLE PERSON TO SERVE AS A PROCTOR | SUPPORTING DOCUMENTATION NEEDED |
|---|---|
| A member of the teaching faculty or an educational administrator at any regionally accredited higher education institution. | A web address for the institution's staff directory where the proctor's name/position appears. |
| A state-certified high school teacher, or school counselor. *Please note:* A currently employed teacher may not request a fellow teacher as proctor; however, a superintendent or principal from the same school district is acceptable. | A letter or email from the proctor's principal, superintendent, or human resources department verifying his or her position (if not found on the school's website). |
| Any educational administrator who holds a position similar to high school superintendent, supervising principal, principal, or intermediate unit administrator (whose name appears in the institution's directory or catalog). | A web address for the institution's staff directory where the proctor's name/position appears. |
| A currently employed public librarian or other qualified library staff member. *Please note:* It is recognized that the main proctor at public libraries or professional/college testing centers may delegate the proctoring to other qualified staff within the center. The main proctor will still assume responsibility that all standards are met. | A letter or email written by the proctor's supervisor or human resources department on official letterhead of the library system in which the proctor is employed. The letter must include verification of the proctor's employment and job title (if not found on the library's website). |
| For personnel of the armed forces: any commissioned or non-commissioned officer of higher rank than the student; an education services officer or testing personnel at a military education center; a base clergy member; a base or unit level commander; a base librarian; or service approved authorized representative. | A letter or email from the proctor's unit or command verifying the proctor's position and rank and confirming the proctor holds a higher position than the student. For proctors outside the student's military chain of command, submit a letter from the proctor's supervisor verifying their position and rank. Deployed military students can provide a verification letter of the proctor's position and rank from their deployed unit or command. Proctors located within a military education center do not require a verification letter if employment can be confirmed on the business website. |
| Professional Testing Centers. *Please note:* It is recognized that the main proctor at public libraries or professional/college testing centers may delegate the proctoring to other qualified staff within the center. The main proctor will still assume responsibility that all standards are met. | A letter or email from the testing center manager verifying the site's mailing address, phone number, and email address (if not found on the testing center's website). |

**Questions or concerns?** Please contact us at 216.687.3960.