Caryn Lanzo

Aaron M. Ogletree vs. Cleveland State University, et al.

August 4, 2021



Western Reserve Building
1468 West 9th Street, Suite 440
Cleveland, OH 44113
Phone: 216.861.9270

cadystaff@cadyreporting.com
www.cadyreporting.com

1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3
        AARON M. OGLETREE,              )
 4                                      )
                    Plaintiff,          )
 5      vs.                             ) Case No. 1:21-cv-00500
                                        ) Judge J. Phillip
 6      CLEVELAND STATE UNIVERSITY,     ) Calabrese
        et al.,                         )
 7                                      )
                    Defendants.         )
 8

 9                    - - - - -
             THE DEPOSITION OF CARYN L. LANZO
10              WEDNESDAY, AUGUST 4, 2021
                    - - - - -
11

12         The deposition of CARYN L. LANZO, called by

13      the Plaintiff for examination pursuant to the

14      Federal Rules of Civil Procedure, taken before me,

15      the undersigned, Charles A. Cady, Notary Public

16      within and for the State of Ohio, taken remotely

17      via Zoom, commencing at 10:00 a.m., the day and

18      date above set forth.

19

20

21

22

23

24

25
```

CADY REPORTING SERVICES, INC.

2

```
 1      APPEARANCES:

 2

 3               On behalf of the Plaintiff:

 4                   Matthew D. Besser, Esq.
                     BOLEK BESSER GLESIUS LLC
 5                   Monarch Centre, Suite 302
                     5885 Landerbrook Drive
 6                   Cleveland, Ohio 44124
                     216.464.3004
 7                   mbesser@bolekbesser.com

 8

 9               On behalf of the Defendants:

10                   Todd R. Marti, Esq.
                     Assistant Attorney General
11                   OFFICE OF THE OHIO ATTORNEY GENERAL
                     EDUCATION SECTION
12                   30 E. Broad Street, 16th Floor
                     Columbus, OHIO 43215
13                   614.644.7250
                     Todd.Marti@OhioAGO.gov

14

15                   Ashley Barbone, Esq.
                     Assistant Attorney General
16                   OFFICE OF THE OHIO ATTORNEY GENERAL
                     EDUCATION SECTION
17                   30 E. Broad Street, 16th Floor
                     Columbus, OHIO 43215
18                   614.644.7250
                     Ashley.Barbone@OhioAGO.gov

19

20
        ALSO PRESENT:
21
                         Kelly M. King, Esq.
22                       Assistant General Counsel
                         Cleveland State University
23

24

25


                    CADY REPORTING SERVICES, INC.
```

```
 1              CARYN L. LANZO DEPOSITION INDEX

 2        Examinations                              Page

 3
           BY MR. BESSER:                             4
 4         BY MR. MARTI                              63

 5
                      E X H I B I T S
 6

 7        No.                                       Page

 8
           Plaintiff's Exhibit 5                     11
 9         Plaintiff's Exhibit 1, previously marked  24
           Plaintiff's Exhibit 2, previously marked  41
10         Plaintiff's Exhibit 3, previously marked  49
           Plaintiff's Exhibit 6                     60
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Caryn L. Lanzo
August 4, 2021

4

```
1                          CARYN L. LANZO

2        of lawful age, called by the Plaintiff for

3        examination pursuant to the Federal Rules of Civil

4        Procedure, having been first duly sworn, as

5        hereinafter certified, was examined and testified

6        as follows:

7                    EXAMINATION OF CARYN L. LANZO

8        BY MR. BESSER:

9        Q     Would you please state your full name.

10       A     Caryn Lanzo.

11       Q     Do you have a middle name?

12       A     Louise.

13       Q     Okay.

14                    MR. MARTI:        Matt, before

15              you get into it, let me just make those

16              objections, get that out of the way.  So I'm

17              going to make two continuing objections.

18                 The first is as to the use of 30(b)(6)

19              here.  CSU is no longer a party.  So that

20              raises some doubts about whether 30(b)(6) is

21              still available.

22                 In addition, we would submit that the

23              witness' testimony is not relevant because,

24              as was established in prior deposition, she

25              works for a different department with
```

Caryn Lantke

August 4, 2021

5

```
 1              different procedures than handled the exam at

 2              issue in this case.

 3                   That having been said, go ahead.  We

 4              won't raise the matter any further.  Just go

 5              ahead with the deposition.

 6                         MR. BESSER:      Thank you.

 7        Q     Okay.  That's Caryn, C-A-R-Y-N, right?

 8        A     Correct.

 9        Q     Caryn, you are in what is called a

10              deposition.

11                   Have you ever given a deposition before?

12        A     No.

13        Q     All right.  Just a couple things.  They're

14              common sense, but so we're on the same page.

15                   You are under oath.  It's a similar oath,

16              the same in substance, that you would take if

17              you were to testify in court.

18                   Do you understand that?

19        A     Yes.

20        Q     Is there any reason at all why you can't

21              either understand my questions today or

22              testify truthfully?

23        A     No.

24        Q     If at any time you don't or can't hear one of

25              my questions, can you communicate to me now
```

CADY REPORTING SERVICES, INC. www.cadyreporting.com 216-861-9270

Craig Lamke

August 4, 2021

6

| | | |
|---|---|---|
| 1 | | that you'll just let me know? |
| 2 | A | Yes. |
| 3 | Q | Even though it's normal in conversation to |
| 4 | | nod and shake the head for yes and no, that |
| 5 | | doesn't show up on the transcript so I'll |
| 6 | | just ask you to give me verbal answers, |
| 7 | | please. |
| 8 | A | Okay. |
| 9 | Q | And because Chuck here is taking down |
| 10 | | everything we say, if you could just give me |
| 11 | | a chance to get out my full question, and |
| 12 | | I'll do the same for your answers the best I |
| 13 | | can.  Okay? |
| 14 | A | Yes. |
| 15 | Q | All right.  Thanks.  We're doing this by |
| 16 | | Zoom.  We're doing this remotely. |
| 17 | | Is there anyone in the room with you? |
| 18 | A | No. |
| 19 | Q | Do you have a cell phone open, or a tablet? |
| 20 | A | I have my cell phone next to me. |
| 21 | Q | All right.  That's fine.  I'll just ask you |
| 22 | | not to communicate with anyone during my |
| 23 | | questioning, either by text or any other |
| 24 | | electronic means.  Is that okay? |
| 25 | A | Yes. |

Caryn Lanko

August 4, 2021

7

| | | |
|---|---|---|
| 1 | Q | If you need a break at any time, let me know. |
| 2 | A | I will. |
| 3 | Q | You are employed as the Director of the |
| 4 | | Center for eLearning Cleveland State |
| 5 | | University; is that correct? |
| 6 | A | Correct. |
| 7 | Q | How long have you held that job? |
| 8 | A | Since 2014. |
| 9 | Q | How long have you been employed by CSU? |
| 10 | A | 31 years. |
| 11 | Q | The Center for eLearning, what position, what |
| 12 | | department within the university does that |
| 13 | | report up to? |
| 14 | A | We report to a vice-provost for academic |
| 15 | | planning. |
| 16 | Q | Have you always worked in the Center for |
| 17 | | eLearning at Cleveland State or have you been |
| 18 | | in other departments? |
| 19 | A | No, I've been in other departments.  I've |
| 20 | | been with the Center for eLearning -- I was |
| 21 | | interim director from about 2012 to 2014. |
| 22 | | Prior to that I had kind of a shared role |
| 23 | | with the Center for eLearning and the College |
| 24 | | of Urban Affairs.  Prior to that I was with |
| 25 | | the College of Urban Affairs.  That was it. |

Gary Lamb
August 4, 2021

```
 1            My very first job at Cleveland State was
 2            working in the Office of Alumni Relations.
 3            That's pretty much the whole history I think.
 4     Q      How long have you been with the Center for
 5            eLearning?
 6     A      I probably started sharing my time with them
 7            around 2010.
 8     Q      What are your central job duties as the
 9            director of the Center?
10     A      Well, I oversee all Center activities.  And
11            our Center is responsible for managing the
12            technology infrastructure for online
13            learning.  We train and assist faculty in
14            setting up online courses.  We train and help
15            all Blackboard users at the university, so
16            students, faculty and staff.  Pretty much
17            anything related to online learning, my
18            Center is responsible for that.
19     Q      You say you manage the tech infrastructure
20            for online learning.  Could you explain that
21            to me in layman's terms?
22     A      So the online learning technology
23            infrastructure consists of the learning
24            management system, which is Blackboard.  So
25            that's kind of the hub of everything.  And
```

Carol Lanza
August 4, 2021

9

```
 1            then there are many integrations that are

 2            integrated with Blackboard, so Lecture,

 3            Capture, Plagiarism Detection, our Starfish

 4            system, which is kind of like a retention

 5            system, course evaluations, proctoring

 6            applications.

 7               Sometimes instructors will use

 8            third-party publisher sites for their courses

 9            so they're integrated with Blackboard.  So

10            just various applications like that.

11    Q       When you say "applications," is that the same

12            as a computer program?

13    A       Kind of, but I mean they're usually

14            cloud-based applications for online learning.

15    Q       So am I right that you report to the

16            vice-provost?

17    A       Yes.

18    Q       And nobody within the department -- you don't

19            report to anyone within the department, the

20            Center for eLearning?

21    A       Correct.

22    Q       Are you familiar with the school's remote

23            testing policies for online tests?

24    A       Yes.

25    Q       And have you been aware of what the school's
```

Carol Landen

August 4, 2021

1         online testing policies and procedures are

2         since 2017?

3   A   So I guess I would ask what policies that

4         you're specifically asking about?

5   Q   Okay.  Yes.  Thank you for asking for

6         clarification.

7           So am I correct that Cleveland State has

8         a set of policies or procedures or standards

9         to guide the giving of online tests to

10        students?

11  A   Our faculty senate developed guidelines for

12        that, yes.

13  Q   Are those guidelines used by the Center for

14        eLearning, or is there a different set of

15        standards that the Center for eLearning

16        follows for that?

17  A   No.  They are the same standards.

18  Q   Have you ever either published or given

19        speeches on remote testing, specifically

20        integrity in remote testing?

21  A   Have I personally --

22  Q   Yes.

23  A   -- published or given speeches?

24         I'm sure that over the years I've

25        probably done some training activities around

```
 1            proctoring, but I have not published anything

 2            external to CSU about proctoring.

 3    Q       All right.  You had mentioned a set of

 4            procedures that the faculty senate passed.

 5                Were you referring to what's called the

 6            "Required Procedures & Recommended Practices

 7            to Address Security and Quality of eLearning

 8            Courses"?

 9    A       Yes.

10    Q       I'm going to -- I've sent that to counsel.

11                I'm going to share my screen and show you

12            that document, a document, and tell me if you

13            recognize it.

14                       MR. BESSER:     I think we'll

15            mark that as Exhibit 5, if that's okay, Todd.

16                       MR. MARTI:     Sure.

17                     - - - - -

18              (Plaintiff's Exhibit 5 was marked.)

19                     - - - - -

20    Q       Are you able to see that?

21    A       Yes.

22    Q       What is this document?

23    A       This is a document that outlines recommended

24            practices for security and quality of online

25            courses.
```

Carol Lauro
August 4, 2021

12

```
1    Q    At Cleveland State?

2    A    Correct.

3    Q    Is this document still in effect?

4    A    Yes.

5    Q    Okay.  I just mean the school still uses it?

6    A    Yes.

7    Q    And were you involved in the creation of this

8         document, this policy and procedure document?

9    A    I was.

10   Q    Who else was involved in creating this

11        policy?

12   A    There's a -- the faculty senate consists of a

13        number of subcommittees and there's an

14        electronic learning committee.  So I'm an

15        ex-officio member of that committee.  And the

16        committee is typically comprised of faculty

17        from, like one faculty member from each

18        college usually, and there's usually a

19        student representative on that committee and

20        a few other ex-officio committee members as

21        well, the staff people as well.

22   Q    I'm going to highlight.  Do you see what I've

23        highlighted there in the first paragraph?

24   A    Yes.

25   Q    Okay.  What I've highlighted says "These
```

```
 1              procedures and practices have been developed

 2              based on recommendations from the University

 3              Electronic Learning Committee following a

 4              review of the literature on best practices,

 5              and experiences of faculty members with

 6              teaching experience in online courses, in

 7              consultation with the director of the Center

 8              for eLearning."

 9                  Does that statement accurately reflect,

10              as far as you know, the people who had input

11              in the creation of this policy document?

12      A       Yes.

13      Q       So that's a bunch of different sources of

14              folks who had input into what the school's

15              procedures would be, right?

16      A       Yes.

17      Q       The director for the Center for eLearning was

18              you at that time, right?

19      A       Correct.

20      Q       And then the University Electronic Learning

21              Committee was involved?

22      A       Yes.

23      Q       Is that the committee that you mentioned

24              before, a couple minutes, just a minute ago?

25      A       Yes.
```

Carol Lanza
August 4, 2021

```
 1    Q    Was it them who reviewed the literature on
 2         best practices, or someone else?
 3    A    I believe they did some of that research.
 4    Q    Okay.  And where did the experience of
 5         faculty members with online teaching come
 6         from, if you know?
 7    A    I believe it came from some of the committee
 8         members on the University Electronic Learning
 9         Committee.
10    Q    And I should back up.  This policy is from
11         May of 2016; is that right?
12    A    That sounds about right.
13    Q    And the purpose of this policy is, among
14         other things, to ensure the integrity of
15         remote tests, correct?
16    A    Yes.
17    Q    How long has Cleveland State been doing
18         remote testing, about?
19    A    I believe one of our first agreements with an
20         external vendor for remote testing began
21         around 2014.  But I'm sure that there was
22         remote testing being done whether or not that
23         was proctored.  It's also possible that
24         proctoring occurred through other third-party
25         applications.
```

Carol Landry

August 4, 2021

15

```
 1      Q    Does the university allow professors to give
 2           take-home tests?
 3      A    I mean I don't know if there's specifically a
 4           rule that you can't have take-home tests, but
 5           I think faculty have a great deal of autonomy
 6           in how they conduct their courses.
 7      Q    Are you aware whether any professors give
 8           take-home tests?
 9      A    No.
10      Q    It's not a trick question.  I just --
11      A    No.  I mean I think it's possible, but I
12           don't know for sure.
13      Q    I'm going to highlight another statement here
14           in the first paragraph.  Do you see what I've
15           highlighted?
16      A    Yes.
17      Q    Okay.  "There are no perfect ways to prevent
18           student cheating in either tradition,
19           face-to-face, or eLearning classes."
20               Is that a true statement?
21      A    I believe that's a true statement.
22      Q    Do you think that this policy that the school
23           has come up with, this Required Procedures &
24           Recommended Practices document, do you think
25           these policies and practices have been
```

Carol Landen
August 4, 2021

16

| | | |
|---|---|---|
| 1 | | effective with respect to preserving test |
| 2 | | integrity? |
| 3 | A | Yes. |
| 4 | Q | What do you base that opinion on?  I'm not |
| 5 | | challenging the veracity of your opinions. |
| 6 | | What did you base your opinions on? |
| 7 | A | Well, I think it makes -- that they're more |
| 8 | | effective than not having any guidelines.  I |
| 9 | | don't think, you know, as stated in the |
| 10 | | document, I don't think they're perfect and |
| 11 | | there's probably not any way to ensure that |
| 12 | | students won't cheat 100 percent. |
| 13 | | But I think having these guidelines in |
| 14 | | place helps give faculty members a better |
| 15 | | understanding of practices that will help |
| 16 | | ensure the integrity of their exams. |
| 17 | Q | Are you aware of any problems with the |
| 18 | | implementation of these procedures and |
| 19 | | practices with respect to online testing? |
| 20 | | Have you observed any problems?  Has anyone |
| 21 | | brought any problems to your attention? |
| 22 | A | Problems with procedure or problems with |
| 23 | | implementing them? |
| 24 | Q | Well, any ways in which the procedures and |
| 25 | | practices have not been effective in |

```
 1              preserving test integrity in allowing

 2              teachers to test remotely.

 3       A      I mean I'm not really sure how to answer that

 4              question.  I guess I don't really understand

 5              what --

 6       Q      Okay.  Yes.  Yes.  If you don't understand,

 7              tell me.

 8                  Since the implementation of this policy

 9              document, have there been significant

10              problems with the school's ability to give

11              remote tests with respect to preventing

12              cheating?

13       A      I wouldn't say there's been significant

14              problems.  I mean I think there's sometimes

15              situations where either instructors will come

16              back to us and ask questions, or ask us to

17              review a test that they've already given.

18       Q      All right.  I want to ask you a little bit

19              about the school's remote testing steps.  If

20              you need to see that document again, let me

21              know.

22                  Am I correct that before a student at

23              Cleveland State can take a remote test, they

24              must give the school a photo ID?

25       A      They need to show their ID at the beginning
```

```
 1              of taking of remote or proctored online
 2              exams.
 3      Q       Is it also true that before a student takes
 4              online classes, they need to provide the
 5              school with a photo ID just to be able to
 6              take an online class?
 7      A       Well, that is definitely the preferred
 8              process, but what we have learned over time
 9              is that that isn't always necessarily the
10              case.  Typically, when a student comes into
11              Cleveland State, they get a CSU ID.
12                 Some students who are not local to our
13              area don't come to campus to complete that
14              process.  So they wouldn't necessarily have
15              that picture, you know, ID with that picture
16              on it.
17      Q       So what then does the school do to make sure
18              that a student who appears on camera for a
19              remote test is the person they claim to be?
20      A       Well, so in that case I think part of the
21              workflow that is part of a proctored exam is
22              that they would hold up an ID that showed
23              their name, you know, with their face on it
24              and then have -- you know, and then they're
25              on the camera too so you can see that person
```

Gary R. Lantz
August 4, 2021

19

```
 1          is the same as on the ID.
 2    Q     I'm going to share my screen again just to
 3          put that same policy document back up.
 4              Can you see it?
 5    A     Yes.
 6    Q     Okay.  So at the bottom of page 1, there's a
 7          heading "Required Procedures" and a number 1.
 8              Do you see that?
 9    A     Yes.
10    Q     Okay.  "At the time of registration,
11          CampusNet will ensure that students enrolling
12          in these courses are already photo-identified
13          in the system."
14              Can you just sort of rephrase that into
15          layman's terms?  I think I know what it
16          means.
17    A     Well, CampusNet is our, is where students
18          register.  So I mean I would say this is more
19          of kind of a wish that did not happen, that
20          they would be able to set up some mechanism
21          in that registration system that wouldn't
22          allow a student to register for an online
23          course until they had that CSU ID picture in
24          the system.
25    Q     And the purpose of this is to eliminate
```



| | | |
|---|---|---|
| 1 | | impersonation and to ensure that the same |
| 2 | | student enrolled in the course is attending |
| 3 | | the online lectures and taking the exams; is |
| 4 | | that correct? |
| 5 | A | Correct. |
| 6 | Q | So this is listed under a required procedure, |
| 7 | | but in fact the school has not absolutely |
| 8 | | required it? |
| 9 | A | Well, I wouldn't say that the school hasn't |
| 10 | | absolutely required it because there's still |
| 11 | | the workflow at the beginning of an exam that |
| 12 | | requires the student to show their ID. |
| 13 | Q | Sure.  I mean the part about "at the time of |
| 14 | | registration"? |
| 15 | A | Right.  We have not implemented that here. |
| 16 | Q | And if we scroll down, there's also a heading |
| 17 | | for "Recommended Practices." |
| 18 | | Can you explain to me generally what the |
| 19 | | recommended practices relate to? |
| 20 | A | I believe most of the recommended practices |
| 21 | | relate to the settings for an actual test in |
| 22 | | Blackboard.  So there's a lot of different |
| 23 | | settings that instructors can choose from |
| 24 | | when they set up an exam.  So I think the |
| 25 | | committee thought it was important for other |

Carol Landen
August 4, 2021

21

```
 1              faculty to understand what their different

 2              options were in setting up exams to make --

 3              to basically make the exam more secure.

 4      Q       "More secure" meaning to prevent cheating?

 5      A       Right.  Prevent the likelihood that students

 6              would cheat or be tempted to cheat.

 7      Q       So is it correct to say that the recommended

 8              practice -- the point of these recommended

 9              practices is to prevent cheating?

10      A       Yes.

11      Q       And I'm going to highlight a sentence there.

12                  "These are general guidelines and up to

13              the faculty member's discretion to implement

14              based on course requirements, needs and

15              outcomes."

16                  Does that mean that each professor can

17              decide what is necessary to preserve the

18              integrity of their remote test?

19      A       Yes.

20      Q       And there are a couple suggestions, like

21              randomizing questions, using timed tests,

22              narrowing the testing window, those sorts of

23              things, right?

24      A       Correct.

25      Q       And if we scroll down towards the bottom of
```

Carol Landau
August 4, 2021

22

```
 1              page 3, Roman numeral XVI references
 2              "different types of remote proctoring tools
 3              for enhanced online test security and
 4              proctoring."
 5                  Do you see that?
 6      A       Yes.
 7      Q       Can you explain to me sort of in plain
 8              English what that means?
 9      A       Well, all of the applications listed here are
10              different proctoring applications, so they're
11              actually different platforms.  So faculty had
12              a choice from, you know, which application
13              was best suited to their needs.
14      Q       So these are different computer programs or
15              computer tools that professors could choose
16              from when giving an online test?
17      A       Yes.
18      Q       It is true, isn't it, that nowhere in the
19              Required Procedures & Recommended Practices
20              document does the school require or suggest
21              the use of room scan when conducting a remote
22              test?
23      A       I don't recall if that's in these guidelines
24              or not.  I'd have to look through them again.
25              You may be correct.
```

Caryn Lanzo
August 4, 2021

23

```
 1    Q      Okay.  Would you like to take the time to
 2           review it?  I'm happy to.  We can take a
 3           short break and I can have you review it.
 4    A      I mean I think that's up to you.
 5    Q      Okay.  Let's do that, just for the record.
 6                     MR. BESSER:     So let's just
 7           take, I don't know, five minutes.  And if you
 8           need more time, you know, we'll give you more
 9           time.
10              Off the record, Chuck.
11                   (Recess taken.)
12                     MR. BESSER:     Let's go back
13           on the record.
14    BY MR. BESSER:
15    Q      Caryn, my question is, does CSU, in the
16           Required Procedures & Recommended Practices
17           to Address Security and Quality of eLearning
18           Courses, require or suggest the use of a room
19           scan for remote testing?
20    A      No.
21    Q      Let me switch gears for a second, although
22           it's related.
23              When someone remote tests, it's usually a
24           proctor and not the professor who watches the
25           test; is that right?
```

```
 1    A     I think -- well, I think it depends on what

 2          type of application you're using.

 3    Q     Let me take out the timing, the percentage

 4          qualification.

 5                There are some instances of online

 6          testing where the school would use a proctor

 7          to administer the test, correct?

 8    A     Yes.

 9    Q     And the school has some minimum required

10          qualifications for someone to serve as a

11          proctor.  That is to say, it can't just be

12          anyone off the street, correct?

13    A     Yes.

14    Q     I'm going to show you another document, which

15          I think we have previously marked as

16          Exhibit 1.

17                       - - - - -

18      (Plaintiff's Exhibit 1, previously marked, was

19                      referenced.)

20                       - - - - -

21    Q     Is this a form you've seen before?

22    A     Yes.

23    Q     Can you tell me what it is?

24    A     This is a form that my unit created because

25          we wanted to have a process if a student was
```

```
 1              not local and couldn't come in to take a
 2              required exam.
 3                   So sometimes an online course or a
 4              blended course will require an in-person
 5              exam.  So this form was created for students
 6              to use if they, for some reason, couldn't
 7              come to campus.  They would fill out this
 8              form and we would help them come up with an
 9              alternate solution to coming to campus.
10    Q    The box in the bottom half of page 1 says
11              "Proctor Agreement."
12                   Do you see that?
13    A    Yes.
14    Q    Could you tell me what that is for?
15    A    So that would be -- so, you know, it might be
16              that students are taking a course here but
17              they're really a student at another
18              university or they live out of state but they
19              can go to their local state university and
20              take it in that university's library or
21              something like that.
22                   So this is where they, the proctor who
23              would proctor their exam, would give us the
24              information about who they were and where the
25              student would be taking the test.
```

1    Q    I see.  And that proctor is required to

2          adhere to the guidelines on page 2 of the

3          document, correct?

4    A    Yes.

5    Q    Before we move to page 2, at the bottom of

6          page 1, I've highlighted a sentence there.

7            Can you see that?

8    A    Yes.

9    Q    It says "Please decline this invitation if

10         you have a clear or apparent conflict of

11         interest to protect the student's academic

12         record and the academic integrity of

13         Cleveland State University.  Approval of

14         proctors is at the discretion of the course

15         instructor who has the right to deny the use

16         of a proctor."

17           That statement is directed toward the

18         prospective proctor, correct?

19    A    Yes.

20    Q    And the purpose of requiring proctors to not

21         proctor if they have a conflict of interest

22         is to ensure test integrity, correct?

23    A    Correct.

24    Q    So moving on to page 2, can you tell me what

25         page 2 concerns?  And let me know if you need



```
 1              me to scroll.
 2      A       Can you zoom in on it a little bit?
 3      Q       Yes.
 4      A       What was your question?
 5      Q       What is this page about?
 6      A       Basically, just the requirements of who would
 7              be a suitable proctor and examples of
 8              acceptable proctor-type roles.
 9      Q       What is the reason why Cleveland State sets
10              requirements for who can serve as a proctor?
11      A       Well, you know, we don't want the students to
12              come back and say "My sister is going to
13              proctor my exam."  You know, so I think just
14              best practices in kind of laying out the
15              guidelines for who would be a suitable
16              proctor.
17      Q       The proctor guidelines are safeguards to help
18              preserve test integrity, correct?
19      A       Correct.
20      Q       You mentioned a little bit ago that when a
21              student appeared or shows up to take an
22              online test, they have to show a photo ID,
23              correct?
24      A       Correct.
25      Q       Can you sort of walk me through the steps of
```

1       how an online test would occur in a given

2       class from start to finish?

3    A  Well, I mean I think there's a pretty

4       standard workflow that takes place regardless

5       of how an exam is being proctored, whether

6       that's live proctoring via Zoom or, you know,

7       using another application.

8          So typically when the students enter into

9       the exam, they are asked to show their ID

10      next to their face so you can clearly see and

11      read the ID and be able to tell that that

12      person is the same person that is on the ID.

13         And then they're asked to do a room scan

14      of their environment, kind of like a 360

15      view, to determine -- so that whoever is

16      watching them take the exam can see that

17      there's no one else in the room, you know,

18      they're not -- they don't have other devices

19      that they're using to communicate with

20      somebody else.

21         And then they basically take the exam

22      while being proctored.  And when they submit

23      their exams, then that proctoring would end.

24   Q  Those are the procedures for an online test,

25      correct?

```
 1    A      Those are the procedures for a proctored

 2           test, yes.  I mean you could have an online

 3           test without being proctored at all, but,

 4           again, that's faculty discretion.

 5    Q      I see.  Okay.  If a student is having a

 6           non-proctored test, then there's no room scan

 7           of course, right?

 8    A      Correct.

 9    Q      I heard you say the student has to show a

10           photo ID, then they perform a room scan, then

11           they would take the test, right?

12    A      Yes.

13    Q      Where is the room scan policy derived from?

14           Who determined the room scan policy?

15                     MR. MARTI:        Objection to

16           the use of the term "policy."

17               Go ahead and answer.

18    Q      All right.

19    A      Um --

20    Q      Let me back up.  Let me back up to adjust to

21           the objection.

22               When a test is proctored online, is a

23           room scan required in every instance?

24    A      I would say yes.  I think it is built into

25           any proctoring application.
```

Carol Landis
August 4, 2021

30

```
 1     Q    When you say "built into any proctoring
 2          application," are you referring to the online
 3          computer programs, the tools?
 4     A    Yes.
 5     Q    Or are you using that term more generally?
 6     A    Well, I was referring to the tools, but I
 7          think it could be used more generally as
 8          well.
 9     Q    Okay.  I don't want to put words in your
10          mouth.  I'm just trying to understand them.
11     A    Yes.  I think it's a standard practice for
12          online proctored exams.
13     Q    At Cleveland State?
14     A    Anywhere.
15     Q    Anywhere.  All right.
16              Who determined that that would be, that
17          the room scan would be a standard practice
18          for online proctored exams at Cleveland
19          State?
20     A    I feel like no one really determined that.  I
21          think it is part of the workflow in any of
22          the proctoring applications that we have
23          reviewed from outside vendors.
24     Q    Is the room scan step written down somewhere
25          in a Cleveland State document as part of the
```

Carol Lamec
August 4, 2021

```
 1              workflow for online proctored tests?
 2      A       The room scan is part of the instructions
 3              when students go into a proctored exam.
 4      Q       You mean the verbal instructions the proctor
 5              gives to the student?
 6      A       Well, yes, in the case that a proctored exam
 7              is live proctored.
 8      Q       So my question is are those instructions that
 9              a room scan should happen for a remote
10              proctor test, are those instructions written
11              down somewhere by Cleveland State?  Is there
12              a document that shows this?
13      A       Not that I am aware of.
14      Q       How is it communicated, how is or was it
15              communicated to online test practitioners
16              that they should be conducting a room scan?
17      A       All of the applications that I oversee in my
18              Center are recorded proctoring options, and
19              they're provided by outside vendors, and the
20              room scan is part of the workflow in that
21              application.
22                  So when a student's -- for example, when
23              a faculty member was giving an exam and they
24              are using Respondus, students would get all
25              of the Respondus instructions prior to
```

```
 1            entering that exam.
 2                 So, yes, it's written for the students to
 3            see before they go in, but I think those
 4            recorded applications are a little bit
 5            different than a live proctoring scenario.
 6     Q      I have some follow-up questions about that.
 7                 What is the difference in terms of a
 8            recorded exam versus a live proctored exam?
 9     A      A live proctored exam may be like this,
10            through Zoom, where someone is watching you
11            take your exam at the time that you're taking
12            it; where a recorded proctored exam just
13            makes a recording of that student taking the
14            exam that can later be reviewed.
15     Q      Is a room scan required for both, recorded
16            and live?
17     A      I know that the room scan is required on any
18            recorded applications that we use.  We --
19     Q      You just cut out.  You just cut out.  I'm
20            sorry.
21     A      I'm sorry.  The room scan is required for the
22            recorded proctoring applications that we use.
23     Q      And the same is true for the live proctored
24            exams?
25     A      I mean I suspect they are, but, again, we
```

```
 1              don't -- my unit doesn't oversee that, so I

 2              can't say for sure what others' workflows

 3              are.  My unit doesn't oversee live proctored

 4              exams.

 5    Q         The Center for eLearning does not conduct

 6              live proctored exams?

 7    A         We don't staff them, no.

 8    Q         Who staffs live proctored exams?

 9    A         Well, I think if instructors want to have a

10              live proctored exam, they would staff that

11              themselves or otherwise make an arrangement

12              with their academic department.

13    Q         And it's true that for a live proctored exam

14              Cleveland State does not require that

15              professors have a room scan conducted before

16              an online test?

17    A         I'm not aware of any requirements for live

18              proctored exams.

19    Q         Other than the exhibit I showed you, the

20              policy document, are there written policies

21              and procedures governing the administration

22              of live proctored exams?

23    A         I don't know.

24    Q         So you're the director for the Center for

25              eLearning.
```

```
 1              Does the Center for eLearning handle
 2          policies and procedures for remote classes,
 3          the giving of online classes?
 4     A    We develop a lot of guidelines for the
 5          delivery of online classes based on best
 6          practices.
 7     Q    Is there another department within the
 8          university that has authority over the giving
 9          of online classes?
10     A    I'm not sure what you're asking me.
11     Q    Okay.  Yes.  Let's say I'm a professor of --
12          you know, I'm teaching an introductory
13          history class but I want to teach it
14          remotely.
15              Where do I go as a professor to determine
16          what are my authorities and limitations as to
17          what I can do online teaching?
18     A    Um --
19     Q    Or what procedures and tools are available to
20          me?  Where do I find that?
21     A    So I think it's a collaborative effort
22          between the academic department and our
23          Center.  So, for example, we have
24          instructional designers who would work with
25          faculty on setting up their online courses
```

Carol Landen
August 4, 2021

35

```
 1              according to best practices.
 2                   However, the curriculum and what they do
 3              in the course is really an academic decision
 4              that's determined by the academic department
 5              depending on what they want their learning
 6              outcomes to be.
 7      Q      I think you said, when I asked you about your
 8              job duties, you said one of the things the
 9              Center does is train and assist faculty in
10              giving online courses.
11      A      Yes.
12      Q      Is that true?
13      A      Yes.
14      Q      And I think you also said anything related to
15              online learning.  Can you clarify that?  I
16              mean if there are carve-outs, could you just
17              sort of let me know what the carve-outs are?
18      A      You said besides live proctoring?  I don't
19              understand what you're asking.
20      Q      I think, when I asked you about your job
21              duties, you listed a couple things that the
22              Center does.  One of them I think you said
23              was anything related to online learning, but
24              you also said a minute or so ago that the
25              Center does not handle live proctoring,
```

Gary J. Lamb

August 4, 2021

36

```
 1              right?

 2     A     We don't staff live proctoring.

 3     Q     There's a disconnect I'm not getting.  I

 4           understand you don't staff live proctoring.

 5                What then is the Center's involvement in

 6           live proctoring?

 7     A     We really don't have a lot of involvement in

 8           live proctoring.

 9     Q     Is there any involvement?  I'm just trying to

10           understand.

11     A     Only maybe like on a faculty consultation, if

12           a faculty member was trying to figure out how

13           they could -- you know, what the technical

14           capabilities would be to do -- you know, to

15           conduct a test over a synchronous platform.

16     Q     You said the Center handles the programs for

17           doing recorded proctoring, right?

18     A     Yes.

19     Q     And you said that a room scan is part of the

20           workflow for each of those tools?

21     A     Yes.

22     Q     Is workflow another way of saying the steps

23           or instructions?

24     A     Um --

25     Q     I'm just trying to understand how you used
```

```
 1            that word, "workflow."

 2    A       I think it's a standard industry-wide

 3            practice that the ID and the room scan occurs

 4            at the beginning of a proctored exam.

 5    Q       What's your understanding, where did that

 6            understanding come from, that it's a standard

 7            industry practice?

 8    A       From reviewing various proctoring platforms.

 9    Q       "Proctoring platforms" meaning different

10            computer tools or programs?

11    A       Yes, offered by different vendors.

12    Q       Can you tell me -- you know, as you sit here,

13            what are the different proctoring tools or

14            platforms that you can think of?

15    A       Well, we have Respondus and Honorlock right

16            now.  We have contracted with Tegrity and

17            ProctorU in the past.

18    Q       Are there other tools that you're aware of?

19    A       Yes.  You mean that we don't use here?

20    Q       Yes.

21    A       Yes, there's a lot of them.

22    Q       So does someone within the Center administer

23            the recorded proctored exams?  I mean does

24            someone need to be there to set the students

25            up, open up the exam, conduct the room scan?
```

```
 1    A     No.  The room scan is all -- is part of the
 2          recorded -- the recording that's created by
 3          the proctored exam.  So the faculty just sets
 4          that up when they set up their test.
 5    Q     So how does a student get into the exam?
 6    A     They would just find it in their course and
 7          click on it.
 8    Q     Through Blackboard you mean?
 9    A     Yes.
10    Q     And then they're given a set of instructions?
11    A     Yes.
12    Q     And is the first one that you have to like
13          take a screenshot of your photo ID?
14    A     Well, it depends on the application, if it
15          required them to download something or
16          install a browser extension to be able to use
17          the tool.  And then it would tell them that
18          they were required to show their ID and then,
19          you know, do a room scan before taking that
20          test.
21    Q     There's not someone from your office talking
22          to the student saying "Show me your ID.  Do
23          the room scan"?
24    A     No.
25    Q     "Here's the test"?
```



```
 1     A     No.  It's automated by the applications.

 2     Q     And do you believe that each of the online

 3           testing tools that CSU uses requires a room

 4           scan?

 5     A     Yes.

 6     Q     How many people work in the Center for

 7           eLearning?

 8     A     There's 10 full-time positions, and then we

 9           usually have three to five graduate

10           assistant/student positions.

11     Q     What are the job titles of the people who

12           work in the Center?

13     A     Director, senior -- we have senior

14           instructional designers and media developers,

15           online course and materials developers.  We

16           have one administrative assistant and a

17           learning management system accounts

18           administrator.

19     Q     Anything else?

20     A     No.  I think that about covers it.

21     Q     When the Center is training faculty on

22           eLearning, does it train faculty on the tools

23           available for remote testing?

24     A     Yes.

25     Q     Is that training conducted by video, by
```

```
 1                written instruction, in person or some other

 2                way?

 3      A         Well, we have one kind of core faculty course

 4                that we try to put everyone through, although

 5                it's not required.  And there is a section in

 6                that course that covers proctoring, and we --

 7                faculty take that course in Blackboard as

 8                students, so they kind of get the experience

 9                of taking a course from a student

10                perspective.  And we do have a proctored exam

11                in there so that they have a sense of how

12                that works for students.

13      Q         Are the faculty given or shown any written

14                materials about the different tools and how

15                they work?

16      A         In that course or in their office?

17      Q         Either.

18      A         Yeah, I mean it's out there for them.  You

19                know, we have information on our website.

20                There's information in the faculty course.

21                There's written instructions for the

22                different applications that we have.

23      Q         Are the written instructions created by CSU

24                or created by the individual vendors?

25      A         I believe what we have on our website now are
```

Carol Landd
August 4, 2021

41

```
 1              documentation from the vendors.
 2    Q      And that's the instructions that, that would
 3           be given to the professors?
 4    A      Yes.
 5    Q      It is up to an individual professor's
 6           discretion which remote proctoring tools to
 7           use, if any, correct?
 8    A      Correct.
 9    Q      A teacher could do a remote proctored exam
10           without using any of the tools you mentioned,
11           Honorlock or Respondus, correct?
12    A      Correct.
13    Q      Are there requirements for where a student
14           must be when they take a remote test?
15    A      No.
16    Q      I'm going to show you a document which I
17           think is from your website.  We previously
18           marked it Exhibit 2.
19                        - - - - -
20      (Plaintiff's Exhibit 2, previously marked, was
21                    referenced.)
22                        - - - - -
23    Q      Can you see that document?
24    A      Yes.
25    Q      Is this a page from the Center for eLearning
```

Carol Landau

August 4, 2021

42

```
 1            website?

 2     A      Yes.

 3     Q      Yes?

 4     A      Uh-huh.  Yes.

 5     Q      I just couldn't hear you.  Thanks.

 6                What does this -- it looks like it's a

 7            three-page document.  I'll show you whatever

 8            you want to see.

 9                Can you tell me what this web page shows?

10     A      Um --

11     Q      You see it's titled "Test Proctoring

12            Resources"?

13     A      Yes, I see that.  I was just trying to see if

14            this was a faculty-focused page or a

15            student-focused page.

16     Q      I think it says --

17     A      Faculty.

18     Q      -- "Please note that this page primarily

19            contains student resources.  If you are

20            faculty at CSU --"

21     A      Oh, okay.  Yes.

22     Q      "-- you can access proctoring resources --"

23     A      Yes.

24     Q      Does that help you?

25     A      Yes.
```

43

1    Q    Can you explain what this page shows?

2    A    Just giving information to students about

3         Respondus and Honorlock.  I believe we have

4         lab locations listed, so sometimes students

5         don't have their own computer, they don't

6         have control over their own computer so they

7         can't install applications or add browser

8         extensions, so they might want to come to

9         campus to take an exam so we have lab

10        locations if that's their predicament.

11   Q    Let me just focus on the top of the page

12        here.  I've highlighted a sentence that says

13        "Cleveland State University uses three

14        proctoring tools to promoting a fair testing

15        environment for any exam offered through

16        Blackboard.  These products are," then it

17        lists three.

18             Are these the remote proctoring

19        applications you mentioned before?

20   A    Yes.

21   Q    Are there others that CSU currently uses?

22   A    It's possible that there are other

23        applications that would be used by students

24        at CSU.

25   Q    Can you give me an example?

Carol Landen
August 4, 2021

```
 1    A     Sometimes, like if an instructor is using

 2          integrated publisher materials, those

 3          platforms have their own proctoring service,

 4          so it's possible that they could use

 5          something other than these two products, or

 6          three products, I should say.

 7    Q     Those would not be administered through your

 8          office, or they would?

 9    A     No, they're not administered through my

10          office.  I mean I wouldn't even -- other than

11          contracting with the vendors and providing

12          the tools, even exams that are using these

13          tools aren't really administered through my

14          office.

15    Q     Okay.

16    A     We're providing the technology for

17          instructors to use to conduct proctored

18          exams.

19    Q     I'm going to take these tools a little bit

20          out of order.  Number 3 is Honorlock.  Do you

21          see that?

22    A     Yes.

23    Q     Could you explain -- how would you explain to

24          someone who is not very tech savvy what

25          Honorlock is?
```

August 4, 2021

```
 1    A      Honorlock is a proctoring application so

 2           students take an exam using an extension on

 3           the browser that records their activity while

 4           they're taking the exam.

 5               Honorlock does have a live proctor pop-in

 6           feature.  So if there is suspected activity,

 7           then the Honorlock vendor has practitioners

 8           that will pop in and intervene, ask the

 9           student a question, you know, ask them

10           "Please close your book," or whatever the

11           particular flag is there they would try to

12           address.

13    Q      And how does Honorlock identify potential

14           flags?  Through artificial intelligence?

15    A      They pretty much all flag through artificial

16           intelligence.  The difference between

17           Honorlock and Respondus is that they have the

18           -- Honorlock has the live proctoring feature.

19           So it's being reviewed, you know, probably

20           several exams are being reviewed by a proctor

21           while they're in progress.  It also records

22           the students taking that exam.

23    Q      So Honorlock is both recorded and live

24           proctored; is that right?

25    A      Yes.  But it's not one-to-one live
```

46

```
 1              proctoring.

 2       Q      Next to the Honorlock description it says

 3              "Instructors choose parameters for testing

 4              environment."

 5                   What does that mean?

 6       A      Well, they have some choices in terms of the

 7              settings for the exam or what they want their

 8              students to be able to do and not do.  So

 9              sometimes they won't want them to navigate to

10              other websites; sometimes they do allow them

11              to do that.  So it's all kind of in the setup

12              when instructors set that up in advance, what

13              they want that custom taking environment to

14              look like.

15       Q      That could also include having an open book

16              test?

17       A      Yeah, or a calculator, something like that.

18       Q      We have talked a little bit about a room

19              scan.  Again, just sort of for the benefit of

20              those who aren't tech savvy, how would you

21              explain what a room scan is?

22       A      So a room scan occurs at the beginning of the

23              exam where a student is asked to show their

24              surroundings and show a 360 view with their

25              camera of the environment where they're
```



```
 1              taking the exam.

 2    Q    And is the room scan recorded?

 3    A    Yes.

 4    Q    Where is the recording stored?

 5    A    On the vendor's cloud.

 6    Q    Okay.  So the recording is stored by a third

 7         party separate from CSU?

 8    A    Correct.

 9    Q    Does CSU also have access to the recording?

10    A    Yes.

11    Q    How long is the recording maintained?

12    A    I honestly don't remember if they're even the

13         same for both of these vendors.  I would have

14         to go back and look at the individual

15         agreements.  I don't know off the top of my

16         head.

17    Q    Do the vendors guarantee the security of the

18         recordings in terms of data breach?

19    A    They agree to the same security standards

20         that the university is required to have.

21    Q    Do you know if, have you ever heard of any

22         vendor data breach questions for remote

23         proctoring?

24    A    No.

25    Q    Do you know whether the vendors have the
```

Carol Landen
August 4, 2021

48

```
 1              ability to sell any data that they report?
 2       A      I don't believe that they do.
 3       Q      Did you sign the contracts with the vendors?
 4       A      Did I personally sign them?
 5       Q      Yes.  Do you sign or review the contracts
 6              with the vendors?
 7       A      I receive them, yes.
 8       Q      But you're not the signatory?  You're not the
 9              signer?
10       A      I'm definitely not the signer on Honorlock.
11              I may have been the signer on Respondus.
12       Q      Do you know who signed for CSU for Honorlock?
13       A      Probably the provost or one of the
14              vice-provosts.  It's based on dollar amount,
15              so.
16       Q      How long does a room scan take?
17       A      Probably like a couple of seconds.
18       Q      If a test is recorded, that is to say, not
19              live proctor, how would the university or the
20              vendor know whether the student even did the
21              room scan?
22       A      I think for both of these applications the
23              student doesn't progress to the exam until
24              they do the ID and the room scan.
25       Q      But there's not a person checking to see if
```

```
 1            that's done in realtime, correct?

 2    A      No.

 3    Q      Is it then the application that determines

 4            whether the room scan has been done?

 5    A      Yes.

 6    Q      Does anyone review all the videos to

 7            determine that the room scan has been done?

 8    A      No.

 9    Q      Would it be possible to trick the application

10            into believing the room scan has been done?

11    A      I mean I don't think so, but I guess it's

12            possible.

13    Q      We may come back to this, but I'm going to

14            show you what we previously used as

15            Exhibit 3.

16                        - - - - -

17       (Plaintiff's Exhibit 3, previously marked, was

18                      referenced.)

19                        - - - - -

20    Q      Can you see that?

21    A      Uh-huh.  Yes.

22    Q      Okay.  What is Exhibit 3?

23    A      Honorlock guidelines.

24    Q      So these are the guidelines published by one

25            of the remote testing vendors CSU uses?
```

```
 1      A      Correct.

 2      Q      Are these the guidelines that CSU follows

 3             when using Honorlock?

 4      A      Yes.

 5      Q      Do you see the fourth bullet down, "Students

 6             must show the work area as well as the entire

 7             room during the room scan"?

 8      A      Yes.

 9      Q      This refers to the room scan procedure that

10             you were just mentioning a minute ago, at

11             least when Honorlock is concerned?

12      A      Yes.

13      Q      At the top it says, "If a faculty member

14             provides no testing guidelines, our proctors

15             will abide by the following guidelines."

16                  So my question is:  When using Honorlock,

17             does the student see or talk to a live person

18             before starting the exam, a live proctor?

19      A      No.

20      Q      The faculty member can provide guidelines

21             when using Honorlock, correct?

22      A      Correct.

23      Q      And the bullet points right below that

24             paragraph are the Honorlock default

25             guidelines.
```

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | Correct? |
| 3 | A | Yes. |
| 4 | Q | But a professor could opt out of any or all |
| 5 | | of these under Honorlock, correct? |
| 6 | A | I don't know if they could opt out of the |
| 7 | | room scan, but they could say "I want my |
| 8 | | student to be able to use a calculator" or |
| 9 | | "They're allowed to use one page of notes" or |
| 10 | | something like that.  It's possible.  I don't |
| 11 | | remember if they can opt out of the room scan |
| 12 | | or not. |
| 13 | Q | Let's go back to Exhibit 2, the Test |
| 14 | | Proctoring Resources page.  The other two |
| 15 | | tools or applications listed are Respondus |
| 16 | | LockDown Browser and Respondus Monitor. |
| 17 | | Do you see that? |
| 18 | A | Yes. |
| 19 | Q | Can you explain what those are and what the |
| 20 | | difference between the two tools is? |
| 21 | A | Well, they're really companion tools, so |
| 22 | | Respondus LockDown Browser is the core |
| 23 | | application, and that's a proprietary browser |
| 24 | | that students would download to take the |
| 25 | | exam.  And, basically, it locks them into |

```
 1          that browser so they can't navigate to other
 2          applications on their computer or, you know,
 3          they can't use that web browser to do
 4          anything else except take the exam.  So
 5          that's the core application.
 6               Some faculty may use LockDown Browser
 7          just by itself just because they want to have
 8          a secure browser when students are taking the
 9          exam.
10               They can also, with LockDown, use
11          Respondus Monitor, which is the piece that
12          allows them to take the test via a webcam and
13          basically do the recorded proctoring.
14     Q    LockDown Browser is essentially a tool to
15          help prevent cheating in remote tests,
16          correct?
17     A    Yes.
18     Q    And there's no room scan involved in the use
19          of LockDown Browser, correct?
20     A    Correct.  It's not a proctoring tool that
21          creates a video recording unless it's used
22          with Respondus Monitor.
23     Q    So it is true that the Center for eLearning
24          does not require a room scan for every remote
25          test because a professor could use just
```

Carol Landes

August 4, 2021

53

```
 1            LockDown Browser by itself?
 2      A     For every remote proctored test or every
 3            remote test?  I guess I'm asking you to
 4            clarify your question.
 5      Q     Well, fair.  So you draw a distinction
 6            between a remote test and a remote proctored
 7            test?
 8      A     Yes.
 9      Q     Okay.
10      A     Yes.
11      Q     The distinction being what?
12      A     Not all exams are proctored.
13      Q     Let me back up and ask a more basic question.
14            What does it mean to have a test
15            proctored, so we're speaking the same
16            language here?
17      A     Well, I would define proctoring as a test
18            that either has recorded or live proctoring.
19      Q     And the Center for eLearning administers
20            remote tests that are proctored and it will
21            administer remote tests that are not
22            proctored, correct?
23      A     We provide the tools that allow instructors
24            to administer tests that are either proctored
25            or not proctored.
```

Carol Lancu

August 4, 2021

54



```
 1    Q    I see.  And one of those tools is the
 2         LockDown Browser, which does not require a
 3         room scan, correct?
 4    A    Correct.  But LockDown Browser by itself
 5         isn't really a proctoring tool as much as it
 6         is a proprietary browser for test taking.
 7    Q    It's not a proctoring tool but it is a tool
 8         that students use at CSU to take remote
 9         tests, correct?
10    A    In some cases, yes.
11    Q    So Respondus Monitor is sometimes used in
12         conjunction with LockDown Browser and it
13         records the test by the student's webcam,
14         right?
15    A    Correct.
16    Q    And how does Respondus Monitor operate to
17         detect or deter cheating?
18    A    It records the student taking the exam.
19    Q    I can understand that might deter, but how
20         does it detect cheating?
21    A    Well, artificial intelligence detecting
22         certain things.  If it detects suspicious
23         activity, it will set a flag in that
24         recording that the instructor can later go
25         back and review.
```

Carol Lane

August 4, 2021

55

```
 1     Q     In your view, are Respondus, LockDown Browser

 2           and Respondus Monitor, effective at

 3           preventing or catching cheating?

 4     A     Yes.

 5     Q     I think you mentioned a tool that the school

 6           used to use called Tegrity Remote Proctoring?

 7     A     Yes.

 8     Q     Is that T-E-G-R-I-T-Y or D-Y?

 9     A     T-Y.

10     Q     What was that tool?  How did it work?

11     A     That tool was similar to Respondus Monitor

12           except it did not require the use of a locked

13           browser.

14     Q     When did the school stop using Tegrity?

15     A     At the end of December 2019.

16     Q     Was there a reason?

17     A     We had actually contracted with that vendor

18           primarily for -- it was a lecture capture

19           system with a feature that could be used for

20           student proctoring, and Tegrity discontinued

21           their institutional subscription for Tegrity.

22           It was purchased by one of the publishers and

23           used exclusively in their platform, so

24           individual schools just couldn't subscribe to

25           it anymore.
```

Carol Landen

August 4, 2021

56

```
 1      Q     That's when the school, or about then is when

 2            the school started using Honorlock?

 3      A     No.  We started using Honorlock in the fall

 4            of 2020.

 5      Q     So in between then, the school's main tools

 6            or the Center's main tools were the two

 7            Respondus tools?

 8      A     Correct.

 9      Q     Let me put Exhibit 2 back up on the screen

10            for a second.  And we're almost done, I

11            think.

12                Just so you can see, this is still

13            Exhibit 2.  Okay?

14      A     Yes.

15      Q     And if we scroll to the second page -- well,

16            to the bottom of the first and on to the

17            second page, there's the heading "Taking an

18            Exam with Respondus LockDown Browser."

19                Do you see that?

20      A     Yes.

21      Q     So are these the guidelines students are to

22            follow when using LockDown Browser?

23      A     Yes.

24      Q     And then below that there's a heading "Taking

25            an Exam with Respondus LockDown Browser and
```

Gary Lange

August 4, 2021

57

```
 1              Monitor."

 2                   Do you see that?

 3     A        Yes.

 4     Q        So these are the additional guidelines to

 5              follow when a student is using Respondus

 6              Monitor?

 7     A        Yes.

 8     Q        These guidelines don't mention a mandatory

 9              room scan, do they?

10                        MR. MARTI:        Objection.  The

11              document speaks for itself.

12                   You can go ahead and answer, though.

13     Q        Well, I mean we've talked about the technical

14              language.  I want to make sure that I'm not

15              misinterpreting some technical language of

16              something that suggests a room scan is

17              required for Respondus Monitor.  So just take

18              a second and look through.

19     A        I mean I think these are just more general

20              guidelines on when a student goes into a

21              Respondus exam from a Blackboard course, they

22              then get more specific guidelines.

23     Q        The guidelines given by the Blackboard

24              program or by the Respondus Monitor program?

25     A        By the Respondus Monitor program via the
```

```
 1                integration with Blackboard.

 2      Q    Okay.  But on this Exhibit 2, the web page

 3           given to students, the website published as a

 4           student resource, these guidelines do not

 5           list the use of a room scan; is that correct?

 6      A    I don't see it.

 7                     MR. BESSER:      Let's take

 8           maybe five minutes.  I think I'm done, but

 9           let me just review my notes to make sure.

10           Okay?

11                     MR. MARTI:      Very good.

12                     THE WITNESS:     Yes.

13                     (Recess taken.)

14      BY MR. BESSER:

15      Q    Caryn, I have two things for you before we're

16           done.

17                The first is, are there other steps or

18           security measures that CSU takes to ensure

19           the integrity of remote testing, other than

20           the items we've talked about this morning?

21      A    We have some reports embedded in Blackboard

22           that faculty can use to see more information

23           about student activity, including the IP

24           address from where they logged in, how much

25           time they spent in the exam.
```



```
1     Q     Any other steps you can think of?

2     A     What was the question again?

3     Q     Yes.  Any other steps, you know, general or

4           specific steps, that the school takes to

5           ensure students don't cheat on remote tests,

6           other than the topics we've talked about this

7           morning?

8     A     Are you referring to remote tests or remote

9           proctored tests?

10    Q     Both.

11    A     Well, I think other than the guidelines that

12          the faculty senate created and the reports

13          and the proctoring, that pretty much covers

14          everything.

15    Q     All right.  And then the other item was, are

16          you saying that Respondus Monitor always

17          requires a room scan?

18    A     Yes.

19    Q     All right.  Are you aware that -- let me back

20          up.

21              Is that a CSU policy or a Respondus

22          Monitor program requirement?

23    A     It's a Respondus Monitor program requirement.

24    Q     All right.  I'm going to show you a document.

25          Before I do that, let me send a copy to
```

Caryn Lanze
August 4, 2021

60

```
 1          counsel.  Bear with me one second.  One

 2          second.  I'm going to e-mail it.

 3                   MR. BESSER:      Todd, let me

 4          know when you get it and when I can go.

 5                   MR. MARTI:       I have it,

 6          Matt.

 7                   MR. BESSER:      Okay.

 8                   - - - - -

 9           (Plaintiff's Exhibit 6 was marked.)

10                   - - - - -

11    Q     Caryn, have you ever been on the Respondus

12          website?

13    A     Yes.

14    Q     I'm going to share my screen with you one

15          last time.

16              I'm sharing my screen with you.  Can you

17          see it?

18    A     Yes.

19    Q     Can you see I'm on a web page for Respondus?

20    A     Yes.

21    Q     Okay.  That is the web page I have PDF'd and

22          sent as Exhibit 6 to counsel.

23              Do you see there is a heading there

24          "Using LockDown Browser with a webcam:  The

25          student experience"?
```

CADY REPORTING SERVICES, INC. www.cadyreporting.com 216-861-9270

Carol Lambo
August 4, 2021

61

```
 1     A      Uh-huh.

 2     Q      Yes?

 3     A      Yes.

 4     Q      And then it walks down some steps.  You can

 5            tell me whatever you want to see.  I'm going

 6            to scroll down a little bit.

 7                 Step 4.  Do you see step 4, "Complete the

 8            start-up steps"?

 9     A      Yes.

10     Q      The first bullet is, "If your exam requires

11            the use of a webcam, sometimes referred to as

12            Respondus Monitor, you'll be guided through a

13            brief set of screens prior to the start of

14            the exam."

15                 Did I read that right?

16     A      Yes.

17     Q      The second bullet point is, "The first screen

18            is a webcam check where you can make sure the

19            webcam is working properly.  Additional steps

20            may be required by your instructor, such as

21            showing your identification, or recording a

22            brief video of your examination setting."

23                 Did I read that right?

24     A      Yes.

25     Q      The "brief video of your examination
```

```
 1            setting," is that the room scan we've been

 2            talking about?

 3   A        Yes.

 4   Q        According to the Respondus website, this says

 5            that the room scan is a step that may be

 6            required by the instructor, right?

 7                     MR. MARTI:        Objection.  The

 8            document speaks for itself.

 9                You can go ahead and answer.

10   A        Yes.

11   Q        And you're saying that CSU requires a room

12            scan when using Respondus Monitor, correct?

13                It's not an accusatory question.  I'm

14            just trying to understand what the standard

15            is at CSU.

16   A        Well, I think the standard using any

17            proctoring application would be to do a room

18            scan.

19   Q        The CSU standard, you mean?

20   A        I mean I feel like an industry-wide standard.

21   Q        You agree with me that Respondus's website

22            does not say that it's required for Respondus

23            Monitor, correct?

24   A        I agree with you.

25                     MR. BESSER:       All right.
```

```
 1            Caryn, I very much appreciate your time.  I
 2            don't have anything further.  Your counsel
 3            will advise you from here.  Okay?
 4                      THE WITNESS:     Yep.
 5                      MR. MARTI:       Caryn, I have a
 6            few questions for you.  Do you want to take a
 7            break or do you want to keep going?  I'm only
 8            going to take about 10 minutes.
 9                      THE WITNESS:     We can keep
10            going.
11                      MR. MARTI:       Okay.
12             EXAMINATION OF CARYN L. LANZO
13    BY MR. MARTI:
14    Q     Caryn, my name is Todd Marti.  I represent
15            the defendants in this case.
16             Do you know who Hilda Zana is?  I believe
17            she goes by the name of Iris, I believe.
18    A     Yes.
19    Q     Okay.  Where does she work?
20    A     She works in Testing Services.
21    Q     Is that part of your office within CSU?
22    A     It is not.
23    Q     So the various procedures we've been
24            discussing don't apply to her at CSU?
25                      MR. BESSER:      Objection.
```

August 4, 2021

```
 1      A     No.

 2      Q     Okay.  Now, I think we discussed earlier that

 3            there's probably no perfect way to prevent

 4            cheating.  Do you recall that?

 5      A     Yes.

 6      Q     So does that mean we just quit trying?

 7                    MR. BESSER:        Objection.

 8              Go ahead.

 9      Q     You can answer the question.

10                    MR. BESSER:        Yes.  I don't

11            have the right, Caryn, to tell you not to

12            answer questions, but I'm objecting for the

13            record.

14      A     All right.  I don't -- no, I don't think we

15            quit trying.

16      Q     Okay.  Now, we earlier discussed the part of

17            the process where the student presents his or

18            her ID at the beginning of the test.

19              Do you recall that?

20      A     Yes.

21      Q     Does that happen in the vast majority of the

22            remotely proctored tests?

23      A     Yes.

24      Q     Okay.

25      A     I think so.
```

Gary Lambert

August 4, 2021

65

```
 1      Q     And do you recall, we looked at Exhibit 1,

 2            which is a proctoring form that your office

 3            put together.  Do you remember that?

 4      A     Yes.

 5      Q     So does that form only cover situations where

 6            the proctor and the student are physically

 7            together?

 8      A     Yes.

 9      Q     Okay.

10      A     It's -- yes.

11      Q     Okay.  So it wouldn't apply to a remotely

12            proctored test?

13      A     Correct.

14      Q     So we just looked at what's been marked as

15            Exhibit 6, which was the document from

16            Respondus.

17                      MR. MARTI:        Matt, I'm going

18            to show my lack of technical skills.  Can you

19            put that back up on the screen for me?

20                      MR. BESSER:       Yes, if I can

21            find it.  I've got to find it.  One second.

22                      MR. MARTI:        All right.

23                      MR. BESSER:       Okay.

24                      MR. MARTI:        Thanks, Matt.

25            And if you could scroll all the way up to
```

```
 1              the top.
 2                        MR. BESSER:      I'm at the top.
 3                        MR. MARTI:       That's not what
 4              I'm looking at.
 5                        MR. BESSER:      Well --
 6                        MR. MARTI:       Is that 6?
 7                        MR. BESSER:      Well, I can
 8              pull up the PDF of Exhibit 6.  You know, it
 9              doesn't PDF all that great.  But is this what
10              you mean?
11                  This is a PDF version of the website.
12                        MR. MARTI:       What I'm
13              looking at is what you e-mailed us a few
14              moments ago.
15                        MR. BESSER:      It should be
16              this.  Hold on.  This is what I e-mailed a
17              few moments ago.
18                        MR. MARTI:       Yes.  Yes.  Is
19              that what you marked as 6?
20                        MR. BESSER:      It is, yes.
21                        MR. MARTI:       All right.
22      Q     So, Caryn, is it fair to say that this deals
23              with Respondus rather than Respondus Monitor?
24                        MR. BESSER:      Objection.
25      Q     You can answer if you know.
```

Carson Lambo

August 4, 2021

67

```
 1    A     I mean I'm not sure what you're asking.  It

 2          looks like a table of contents.

 3    Q     Well, we discussed earlier that there's two

 4          types of Respondus tools; there's Respondus

 5          and then Respondus Monitor.

 6              Do you remember that?

 7    A     Yes.

 8    Q     Can you briefly explain the difference

 9          between the two tools?

10    A     Respondus LockDown Browser is a proprietary

11          browser that locks the environment once the

12          student opens that browser to take an exam so

13          they can't navigate outside of that browser

14          until they're done taking -- until they

15          submit their exam.

16              Respondus Monitor is a companion product

17          to LockDown Browser that records -- creates a

18          recording of the student taking the exam.

19    Q     Okay.  So looking at Exhibit 6, which of

20          those two tools does this describe?

21    A     Respondus LockDown Browser and Respondus

22          Monitor.

23    Q     You're saying it applies to both of them?

24    A     I'm saying that LockDown Browser is the

25          proprietary browser that locks students into
```

Caryn Lanko
August 4, 2021

68

|    |   |                                            |
|----|---|--------------------------------------------|
| 1  |   | a browser while they're taking the exam, and |
| 2  |   | Respondus Monitor is the application that  |
| 3  |   | records them taking the exam.              |
| 4  | Q | Okay.  I probably didn't ask that question |
| 5  |   | very well, and I apologize.                |
| 6  |   | So looking through Exhibit 6, does         |
| 7  |   | Exhibit 6 describe Respondus LockDown or   |
| 8  |   | Respondus Monitor or both?                 |
| 9  | A | I mean I don't think it really describes   |
| 10 |   | either one of them.  I mean what's on the  |
| 11 |   | screen now?                                |
| 12 | Q | Yes.                                       |
| 13 | A | It looks like a table of contents.  It looks |
| 14 |   | like a table of contents.  I don't think it |
| 15 |   | applies to either one.  It just lists them. |
| 16 | Q | Okay.                                      |
| 17 |   | MR. MARTI:      Matt, is it                |
| 18 |   | possible to give her control of the document? |
| 19 |   | MR. BESSER:    I don't know.               |
| 20 |   | If I can, I will.                          |
| 21 |   | MR. MARTI:      You know, I'll             |
| 22 |   | tell you what.  Let's just move on.        |
| 23 |   | MR. BESSER:    Oh, I can.                  |
| 24 |   | MR. MARTI:      You can?                   |
| 25 |   | MR. BESSER:    Caryn, see if               |

```
 1              you've got control now.

 2                       THE WITNESS:      Control in what

 3         way?

 4                       MR. BESSER:      To move up and

 5         down.

 6                       MR. MARTI:      To go up and

 7         down.

 8                       MR. BESSER:      Don't go

 9         reading my file.

10            Wait a minute.  Wait a minute.  Hold on.

11         Let me get out of my e-mail.  Hold on.

12                       MR. MARTI:      Yes.

13                       MR. BESSER:      Let me get out

14         of my e-mail here.  Wait.  Wait.  Wait.

15                       MR. MARTI:      I'll tell you

16         what.

17                       MR. BESSER:      It's okay.

18         I'll get you there.  It's right here.  Okay,

19         go ahead.

20                       THE WITNESS:      Okay.

21                       MR. BESSER:      Just scroll up

22         and down.

23                       MR. MARTI:      That's not the

24         document I'm looking at though.

25                       MR. BESSER:      That's Exhibit
```

1      6.  This is Exhibit 6.  Same thing.

2                    MR. MARTI:      Well, it's not

3         the one I'm working from so --

4                    MR. BESSER:     All right.

5         Hold on.  I'll pull up -- let me go into my

6         e-mail and I'll pull up --

7                    MR. MARTI:      I'll tell you

8         what, Matt.  This is my part of the

9         deposition.  We're just not going to go into

10        this document anymore so we don't need to do

11        that.

12                    MR. BESSER:     It's fine.

13        Either way.  I'm trying to get to it.

14                    MR. MARTI:      It's fine.

15        Let's just move on.

16                    MR. BESSER:     Okay.

17                    MR. MARTI:      Matt, can you

18        put Exhibit 2 back up for us, please.

19                    MR. BESSER:     Yes.

20                    MR. MARTI:      And if there's

21        a way to give me control.

22                    MR. BESSER:     I bet I can do

23        it, yes.  Which one do you have as Exhibit 2?

24                    MR. MARTI:      It starts off

25        with "Cleveland State University Engaged

```
 1            Learning" and "Respondus LockDown Monitor --

 2            LockDown Browser and Monitor."  It's a web

 3            page.

 4                      MR. BESSER:      "Test

 5            Proctoring Resources."

 6                      MR. MARTI:       Exactly, yes.

 7                      MR. BESSER:      Yes.  Hold on.

 8                      MR. MARTI:       Thank you.

 9            Appreciate it.

10                      MR. BESSER:      I'll give

11            control over to you.

12     Q      So, Caryn, I believe you testified this is a

13            resource that CSU provides to its students.

14     A      Correct.

15     Q      Exhibit 2.  Is this something they're

16            directed to, or how would a student know that

17            it's there?

18     A      I mean they would be able to find it if they

19            were looking for it, but this is not the --

20            you know, we don't necessarily direct

21            students to this.  If students are taking an

22            exam in their course that uses one of these

23            tools, those instructions for them will be

24            located in their course.

25     Q      So it is on CSU's website for students
```

Caryn Lanzo
August 4, 2021

72

```
 1              though?

 2      A       Yes.

 3                      MR. MARTI:        Okay.  I don't

 4              think I have any more questions for you, but

 5              what I'd like to do, Matt, is take a

 6              five-minute recess, confer with co-counsel,

 7              and then come back on.

 8                      MR. BESSER:       Yes.  Totally

 9              fine.

10                      (Recess taken.)

11      BY MR. MARTI:

12      Q       Caryn, one last question.

13              Do you recall Exhibit 5 we talked about

14              at the beginning of this deposition, the

15              Required Procedures & Recommended Practices

16              document?

17      A       Yes.

18      Q       So where did that come from again?

19      A       Our faculty senate electronic learning

20              committee.

21      Q       So is it the full senate that produced this

22              document?

23      A       The electronic learning committee primarily

24              produced the document, but reviewed, I don't

25              remember if any revisions were made by the
```

 1              full faculty senate, but reviewed and

 2              accepted by the full faculty senate.

 3      Q       So is this like a binding regulation within

 4              CSU?

 5      A       No.  I mean I would say anything coming out

 6              of faculty senate are, you know, recognized

 7              and collegial recommendations made for other

 8              faculty.

 9      Q       So guidance but not mandate?

10      A       Correct.

11                        MR. MARTI:        I don't have

12              any other questions.

13                        MR. BESSER:       Me either.

14                 Caryn, you have the right to read this

15              transcript if it's printed out.  You also

16              have the ability to waive that right.  Do you

17              have a preference one way or the other?

18                        THE WITNESS:      Not really.

19                        MR. MARTI:        Okay.  So it

20              sounds like you're not interested in reading.

21                        THE WITNESS:      No.

22                        MR. MARTI:        Okay.  Fair

23              enough.

24                        MR. BESSER:       Thanks,

25              everybody, for your time.

Caryn Lamuso
August 4, 2021

74

1                    MR. MARTI:          Caryn, thank

2        you for your time.  Much appreciated.

3                       -  -  -  -  -

4            (Deposition concluded at 11:58 a.m.)

5                       -  -  -  -  -

6                    (Signature waived.)

7                       -  -  -  -  -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Caryn Lanzo
August 4, 2021

THE STATE OF OHIO,      )      SS:
COUNTY OF CUYAHOGA.      )

     I, Charles A. Cady, a Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that CARYN LANZO was first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by him was by me reduced to stenotypy in the presence of said witness, afterwards transcribed on a computer/printer, and that the foregoing is a true and correct transcript of the testimony so given by him as aforesaid.

     I do further certify that this deposition was taken at the time and place in the foregoing caption specified.  I do further certify that I am not a relative, counsel or attorney of either party, or otherwise interested in the event of this action.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this 17th day of August, 2021.

Charles A. Cady, Notary Public
within and for the State of Ohio
My Commission expires November 3, 2024.