**From:** Aaron M Ogletree
**To:** Opcuanet - Kelly King
**Subject:** RE: Chemistry Syllabus
**Date:** Monday, January 18, 2021 8:19:43 AM
**Attachments:** Syllabus Disputed Policy.jpg

Good morning, Mrs. King!

Thank you for your email! I believe there must have been a misunderstanding as to which policies I was in disagreement with. I did not, and have never, disagreed with the use of a wide-angle camera view when taking exams. This is perfectly legal and does not constitute a search as the individual who set up their cameras have the discretion to decide what will fall within view of the camera. Rather, the dispute which I have brought regarding the Chemistry Syllabus was in regards to the policy which I have circled in red in the attached screenshot as memorandum of the dispute. In this policy, the instructor claimed a "right" to ask students of this chemistry section to show to her and/or the proctors of the exam the protected private spaces of students within this course. This policy would not fall under consent as you claim as the instructor of the course, when exercising state given authority, has claimed a "right" to search students of her course which leads students to believe that they have no other choice but to comply. As I have mentioned in previous emails, while yes, it is true CSU has a legitimate interest in preserving the integrity of the exam, that does not constitute a reasonable search as you should be aware. The U.S. Supreme Court has long held a two prong assessment of whether or not a search in an educational setting is reasonable. These requirements are quite simple: 1. The search must be reasonable from its inception, with the key determining factor of reasonability being the presence of reasonable grounds individualized to each student that the student has violated or is violating the law or university policy; and 2. The scope of the search must be reasonably related to the objectives of the search and not excessively intrusive. I'm sure we can all agree here that this policy met neither of these requirements. I am pleased to see that this policy has been withdrawn.

I do have a question I was hoping you would be able to answer. Is your office in receipt of the finalized
Complaint and Settlement Demand?

Thank you very much for your time and assistance.

Cordially,

Aaron M. Ogletree

**From:** Kelly M King
**Sent:** Monday, January 18, 2021 8:00 AM
**To:** Aaron M Ogletree
**Cc:** Michael Kalafatis; Anne O'Connor
**Subject:** Chemistry Syllabus

# Defendants' Ex. C