# Todd Marti

| | |
|---|---|
| From: | Aaron M Ogletree <a.m.ogletree@vikes.csuohio.edu> |
| Sent: | Wednesday, February 17, 2021 10:40 AM |
| To: | Opcuanet - Kelly King |
| Subject: | Fwd: Exam time change for CHM262/1 Exam 1 |

Good morning, Mrs. King!

I believe there still remains a miscommunication regarding legal testing practices. Further, there remains illegality regarding the copying/recoding of exam questions themselves. In our previous discussions you claimed the copying was prohibited due to copyright concerns. While that doesn't override a student's right to participate in the University Grade dispute policy, I was willing to make the concession as the main dispute I had with the Syllabus was resolved. Seeing as that is not the case anymore, I have decided to ignore that provision of the Syllabus as any action taken against me under that policy would only arise out of the dispute of a question and CSU would have to actively deny due process to me as a student to take such action.

Finally, I am also investigating potential claims against the University in regards to active dissuasion from the use and denial of student accommodations granted by the Office of Disability Services. I must first determine if the University staff did indeed violate any laws in that process or if this action was retaliation for the dispute of syllabus policies and then I will begin the process of litigating these claims.

As a side note, I currently have confidential settlement documents in the form of late arriving 1099s scattered about my work area and there is not enough time to secure them. Any breach of confidentiality will be included in claims brought against the University.

Thank you very much for your time and assistance.

Cordially,

Aaron M. Ogletree


Begin forwarded message:

> **From:** testingservices <testingservices@csuohio.edu>
> **Date:** February 17, 2021 at 10:25:16 AM EST
> **To:** Aaron M Ogletree <a.m.ogletree@vikes.csuohio.edu>
> **Subject: Exam time change for CHM262/1 Exam 1**
>
>
> The exam will open at exactly 12:25pm so please enter the zoom session at 12:10pm today. I will be checking your ID, your surroundings and your materials, you are allowed to have a non-programable calculator, blank scratch paper and the attached formula sheet.
> Please print out the attached formula sheet to use during your CHM262/1 Exam today.
>
>
> Best Regards,

1

Cleveland State University

Testing Services

2124 Chester Avenue

Rhodes Tower West #215

Cleveland Ohio 44115

216-687-2272 - Phone

216-687-2212 - Fax

<CHM262FormulaSheetSU2019Revised.pdf>