| | |
|---|---|
| **From:** | Aaron M Ogletree |
| **To:** | Opcuanet - Kelly King |
| **Subject:** | Impending Civil Action |
| **Date:** | Wednesday, February 17, 2021 1:44:27 PM |

Good afternoon, Mrs. King!

I just wanted to follow up my previous email now that the exam has concluded. Despite our previous agreement removing the policy I had disputed from the Syllabus, the proctors of the exam conducted a search prior to the beginning of the exam.

The search conducted yielded no results and was based on no evidence of valuable consideration and resulted in injuries despite my efforts to avoid them. While I managed to selectively move the camera to limit injuries, one 1099 form bearing my name, SSN, settlement value, and the entity which paid the settlement and its TIN became exposed as my elbow brushed the covering papers while panning my laptop around. This exposed this information to several other students as well as the exam proctors. Additionally, the search disclosed other personal and private information such as potentially the names and amount of medications which I take regularly which are placed on my nightstand nearby my desk. The potential damages may be even more inclusive and I will need to assess all potential damages to include in the lawsuit. This search wasn't in accordance with university policy nor syllabus policy as those provisions were removed. The search also was far too great of an invasion of private spaces for the potential to uncover wrongdoing that was based on very flimsy grounds.

Given that statute of limitations is beginning to run as of now, I will file this action either when there is a lull in my course load or at the end of the semester.

I do certainly hope this policy is corrected before the next exam. Given the locations the university is demanding to search, there are far too many variables which may result in injury to students, including myself. Even mitigating the damages to the best of my ability, injury still occurred and I was aware it was possible. The damage that can be done to students unaware could be far worse.

As always, thank you for your time and assistance.

Cordially,

Aaron M. Ogletree (2643516)

## Defendants' Ex. F