**From:** testingservices <testingservices@csuohio.edu>
**Sent:** Thursday, February 18, 2021 7:30 PM
**To:** Grace C Clifford <g.clifford@csuohio.edu>
**Subject:** Fw: CHM 262 Exam in Zoom

Best Regards,
Cleveland State University
Testing Services
2124 Chester Avenue
Rhodes Tower West #215
Cleveland Ohio 44115
216-687-2272 - Phone
216-687-2212 - Fax

**From:** Aaron M Ogletree <a.m.ogletree@vikes.csuohio.edu>
**Sent:** Thursday, February 18, 2021 6:14 PM
**To:** testingservices <testingservices@csuohio.edu>
**Subject:** Re: CHM 262 Exam in Zoom

Good evening, Mrs. Lamb!

Thank you for such a prompt reply!

I just wanted to clarify, all testing services were perfectly fine! The accommodations such as text-to-speech are not necessary for Blackboard Exams because I already have text-to-speech browser extensions on my computer (hence why I did not schedule the meetings). The only problem I did have on the exam was the images included within the questions. Text-to-speech cannot convert those and zooming in often does little to correct the image quality. That could be improved.

Otherwise, all accommodations I requested in this case were approved. If that portion of this email was due to communications from OIE, you can disregard that message as it was not intended for testing services nor Dr. O'Connor. You guys have been great in implementing all requested accommodations and have provided more than sufficient information and resources for further assistance!

The only problem I am concerned about was regarding the testing services office policy on workspace searches. Prior to the beginning of this semester, Dr. O'Connor, the university legal department, and myself agreed to remove searches from Dr. O'Connor's syllabus as a violation of student's 4th Amendment Rights. I seem to have mistakenly blamed Dr. O'Connor for reinstating this policy, I did not realize the department of testing services also had a similar policy. If at all possible, would I be able to speak with the Director of the Testing Services Department regarding this policy? Or if you have the authority to alter or remove this policy, I would be more than happy to discuss further!

## Defendants' Ex. G, p. 1

Thank you again, and I apologize for any inconveniences, that was not my intention! You have all been very helpful and kind!

Cordially,

Aaron M. Ogletree (2643516)

Get [Outlook for iOS](#)

---

**From:** testingservices <testingservices@csuohio.edu>
**Sent:** Thursday, February 18, 2021 5:56 PM
**To:** Aaron M Ogletree
**Subject:** RE: CHM 262 Exam in Zoom

Good Afternoon Aaron,

Thank you for following up. Your question is not a bother. We are here and happy to help.

The cursory review of your immediate testing space is a Testing Services process, not a University or instructor specific policy. This is done to confirm that only permitted materials are present before the start of the exam. All students, regardless of the course or instructor, are asked to do this as part of the check-in process. If you have further questions regarding this, please feel free to reach out to me anytime.

Additionally, I wished to meet with you in Zoom following yesterday's exam to discuss available assistive technology as well as Testing Services test scheduling processes. I believe Grace e-connected you to me and Jeff Dell, our Assistive Technology Specialist, earlier this semester. I noted that you have an accommodation for text to speech, so I'd suggest scheduling a meeting to review options. I want to be sure our office offers you the appropriate accommodations on each exam. This includes the option to test on-campus should that be your preference and the best way to meet your disability related needs.

I look forward to working with you further and hope you have a wonderful evening.

Best Regards,

Shelly

_____

**Shelly R. Lamb**
Coordinator, Testing Services | Cleveland State University
Location: Rhodes Tower West #215 | Phone: 216-687-2280

**Defendants' Ex. G, p. 2**

**From:** Aaron M Ogletree
**Sent:** Wednesday, February 17, 2021 2:51 PM
**To:** testingservices <testingservices@csuohio.edu>
**Subject:** Re: CHM 262 Exam in Zoom

I'm sorry to bother you again; I just have a quick question about the exam policies. I was wondering, did the requirement to search the workspace come from the professor of my course or another university official?

Thank you very much for your time and assistance again!


Cordially,

Aaron M. Ogletree (2643516)


> On Feb 17, 2021, at 1:28 PM, testingservices <testingservices@csuohio.edu> wrote:
>
> That's what I figured!  Thank you, Aaron.  Have a wonderful afternoon.
>
> Best Regards,
> Shelly
> Cleveland State University
> Testing Services
> 2124 Chester Avenue
> Rhodes Tower West #215
> Cleveland Ohio 44115
> 216-687-2272 - Phone
> 216-687-2212 - Fax
>
> ---
>
> **From:** Aaron M Ogletree <a.m.ogletree@vikes.csuohio.edu>
> **Sent:** Wednesday, February 17, 2021 1:24 PM
> **To:** testingservices <testingservices@csuohio.edu>
> **Subject:** Re: CHM 262 Exam in Zoom
>
> Thank you for your email! Yes, my exam was submitted to Blackboard! I didn't want to interrupt the other student working and didn't know if I should say anything.
>
> Thank you again!
>
> Cordially,

**Defendants' Ex. G, p. 3**

Aaron M. Ogletree (2643516)

Get [Outlook for iOS](#)

**From:** testingservices <testingservices@csuohio.edu>
**Sent:** Wednesday, February 17, 2021 1:22:57 PM
**To:** Aaron M Ogletree <a.m.ogletree@vikes.csuohio.edu>
**Subject:** CHM 262 Exam in Zoom

Hello Aaron -

I noted that you left the Zoom session and wanted to make sure everything was okay.  Did you submit your exam in BB?

Best Regards,
Shelly
Cleveland State University
Testing Services
2124 Chester Avenue
Rhodes Tower West #215
Cleveland Ohio 44115
216-687-2272 - Phone
216-687-2212 - Fax

**Defendants' Ex. G, p. 4**