# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AARON M. OGLETREE, | ) Case No. 1:21-cv-00500 |
| Plaintiff, | ) Judge J. Philip Calabrese |
| v. | ) |
| CLEVELAND STATE UNIVERSITY, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in its separate Opinion and Order entered on December 20, 2022, the Court concludes that Plaintiff Aaron Ogletree has rights under the Fourth Amendment, which apply to the room scans Defendant Cleveland State University uses in the administration of remote exams, tests, and other assessments, and that Mr. Ogletree's privacy interest in his home outweighs Cleveland State's interests in scanning his room.

Further, the Court permanently enjoins Cleveland State, in connection with any exam, test, or other assessment, from subjecting Mr. Ogletree to a room scan that is administered without offering a reasonable alternative or, alternatively, without his express consent.

Having filed its Amended Opinion and Order in this matter, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: December 20, 2022

                                    J. Philip Calabrese
                                    United States District Judge
                                    Northern District of Ohio